\*\*E-filed 8/31/06\*\*

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MARIA V. MORRIS (223903)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mariam@lerachlaw.com
moniquew@lerachlaw.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com

Counsel for Plaintiff Gerald W. Keeney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIKEN KALINDJIAN, Derivatively on Behalf of Nominal Defendant TRIDENT MICROSYSTEMS, INC.<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GLEN M. ANTLE, et al.,<br><br>　　　　　　　Defendants,<br><br>　– and –<br><br>TRIDENT MICROSYSTEMS, INC.,<br><br>　　　　　　　Nominal Defendant. | No. C06-3440-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE UNTIL OCTOBER 6, 2006 |

1   WHEREAS, there are two related shareholder derivative actions on behalf of Nominal
2   Defendant Trident Microsystems, Inc. pending before this Court; and
3   WHEREAS, the parties have met and conferred and believe the interest of judicial economy
4   will be served by continuing the case management conference currently scheduled on September 1,
5   2006 at 10:30 a.m. to October 6, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar
6   permits.
7   It is hereby stipulated and agreed by the parties, through their respective counsel of record, as
8   follows:
9   1.   The case management conference scheduled on September 1, 2006 at 10:30 a.m. is
10  continued until October 6, 2006 at 10:30 a.m.
11  2.   The case management statement shall be due on September 29, 2006.
12  DATED:  August 24, 2006                LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
13                                          SHAWN A. WILLIAMS
                                            MARIA V. MORRIS
14                                          MONIQUE C. WINKLER

15

16                                                      /s/
                                            MONIQUE C. WINKLER
17
                                            100 Pine Street, Suite 2600
18                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
19                                          415/288-4534 (fax)

20

21
                                            LERACH COUGHLIN STOIA GELLER
22                                            RUDMAN & ROBBINS LLP
                                            WILLIAM S. LERACH (68581)
23                                          DARREN J. ROBBINS (168593)
                                            TRAVIS E. DOWNS III (148274)
24                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101
25                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
26
                                            Counsel for Plaintiff Gerald W. Keeney
27

28

I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that SEAN M. HANDLER have concurred in this filing.

DATED: August 24, 2006     SCHIFFRIN & BARROWAY, LLP
                           SEAN M. HANDLER

                           /s/
                           _____
                           SEAN M. HANDLER

                           280 King of Prussia Road
                           Radnor, PA 19087
                           Telephone: 610/667-7706
                           610/667-7056 (fax)

                           Counsel for Plaintiff Viken Kalindjian

DATED: August __, 2006     SHEARMAN & STERLING LLP
                           JEFFREY S. FACTER

                           _____
                           JEFFREY S. FACTER

                           525 Market Street
                           San Francisco, CA 94105
                           Telephone: 415/616-1100
                           415/616-1199 (fax)

                           Counsel for Defendant Frank C. Lin

DATED: August __, 2006     HOWARD RICE NEMEROVSKI CANADY
                           FALK & RABKIN, A Professional Corporation
                           SARAH A. GOOD
                           JIN H. KIM

                           _____
                           JIN H. KIM

                           Three Embarcadero Center, Seventh Floor,
                           San Francisco, CA 94111-4024
                           Telephone: 415/434-1600
                           415/217-5910 (fax)

                           Counsel for Defendants Glen M. Antle, Jung-
                           Herng Chang, Yasushi Chikagami, Peter Jen,
                           Gerry Liu, John Luke, Amir Mashkoori, Millard
                           Phelps, and W. Steven Rowe

| | | |
|---|---|---|
| 1 | DATED: August __, 2006 | SCHIFFRIN & BARROWAY, LLP |
| 2 | | SEAN M. HANDLER |

DATED: August __, 2006         SCHIFFRIN & BARROWAY, LLP
                               SEAN M. HANDLER

_____
SEAN M. HANDLER

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Counsel for Plaintiff Viken Kalindjian

DATED: August 24, 2006         SHEARMAN & STERLING LLP
                               JEFFREY S. FACTER

_____
JEFFREY S. FACTER

525 Market Street
San Francisco, CA 94105
Telephone: 415/616-1100
415/616-1199 (fax)

Counsel for Defendant Frank C. Lin

DATED: August __, 2006         HOWARD RICE NEMEROVSKI CANADY
                               FALK & RABKIN, A Professional Corporation
                               SARAH A. GOOD
                               JIN H. KIM

_____
JIN H. KIM

Three Embarcadero Center, Seventh Floor,
San Francisco, CA 94111-4024
Telephone: 415/434-1600
415/217-5910 (fax)

Counsel for Defendants Glen M. Antle, Jung-Herng Chang, Yasushi Chikagami, Peter Jen, Gerry Liu, John Luke, Amir Mashkoori, Millard Phelps, and W. Steven Rowe

| | | |
|---|---|---|
| 1 | DATED: August ___, 2006 | SCHIFFRIN & BARROWAY, LLP |
| 2 | | SEAN M. HANDLER |
| 3 | | |
| 4 | | _____ |
| | | SEAN M. HANDLER |
| 5 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 6 | | Telephone: 610/667-7706 |
| 7 | | 610/667-7056 (fax) |
| | | Counsel for Plaintiff Viken Kalindjian |
| 8 | DATED: August ___, 2006 | SHEARMAN & STERLING LLP |
| 9 | | JEFFREY S. FACTER |
| 10 | | |
| 11 | | _____ |
| | | JEFFREY S. FACTER |
| 12 | | 525 Market Street |
| | | San Francisco, CA 94105 |
| 13 | | Telephone: 415/616-1100 |
| | | 415/616-1199 (fax) |
| 14 | | Counsel for Defendant Frank C. Lin |
| 15 | DATED: August 22, 2006 | HOWARD RICE NEMEROVSKI CANADY |
| 16 | | FALK & RABKIN, A Professional Corporation |
| | | SARAH A. GOOD |
| 17 | | JIN H. KIM |
| 18 | | |
| 19 | | _____/s/_____ |
| | | JIN H. KIM |
| 20 | | Three Embarcadero Center, Seventh Floor, |
| | | San Francisco, CA 94111-4024 |
| 21 | | Telephone: 415/434-1600 |
| 22 | | 415/217-5910 (fax) |
| 23 | | Counsel for Defendants Glen M. Antle, Jung-Herng Chang, Yasushi Chikagami, Peter Jen, |
| 24 | | Gerry Liu, John Luke, Amir Mashkoori, Millard Phelps, and W. Steven Rowe |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: August 24, 2006 | PILLSBURY WINTHROP SHAW PITTMAN, LLP |
| 2 | | CHARLES J. LANDY |
| | | WALTER J. ROBINSON |
| 3 | | THOMAS G. ALLEN |

*/s/ Walter J. Robinson*

WALTER J. ROBINSON

2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: 650/233-4500
650/233-4545 (fax)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
CHARLES J. LANDY
THOMAS G. ALLEN
2300 N Street N.W.
Washington D.C. 20037
Telephone: 202/663-8000
202/663-8007 (fax)

Counsel for Defendant John S. Edmunds

DATED: August __, 2006

DLA PIPER RUDNICK GRAY CARY
SHIRLI FABBRI WEISS
DAVID F. GROSS

_____
DAVID F. GROSS

153 Townsend Street, Suite 800
San Francisco, CA 94107
Telephone: 415/836-2562
415/836-2501 (fax)

Counsel for Nominal Defendant Trident Microsystems, Inc.

| | | |
|---|---|---|
| 1 | DATED: August__,2006 | PILLSBURY WINTHROP SHAW PITTMAN, LLP |
| 2 | | CHARLES J. LANDY |
| | | WALTER J. ROBINSON |
| 3 | | THOMAS G. ALLEN |

_____

WALTER J. ROBINSON

2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: 650/233-4792
650/233-4545 (fax)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
CHARLES J. LANDY
THOMAS G. ALLEN
2300 N Street N.W.
Washington D.C. 20037
Telephone: 202/663-8000
202/663-8007 (fax)

Counsel for Defendant John S. Edmunds

DATED: August 23, 2006

DLA PIPER RUDNICK GRAY CARY
SHIRLI FABBRI WEISS
DAVID F. GROSS

_____/s/ David F. Gross_____
DAVID F. GROSS

153 Townsend Street, Suite 800
San Francisco, CA 94107
Telephone: 415/836-2562
415/836-2501 (fax)

Counsel for Nominal Defendant Trident Microsystems, Inc.

1                                             \*    \*    \*

2                                               **ORDER**

3        IT IS SO ORDERED.

4   DATED:     8/31/06

5                                            THE HONORABLE JEREMY FOGEL
                                                   UNITED STATES DISTRICT JUDGE

9   T:\CasesSF\Trident Deriv\STP00034136.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                        /s/
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
Email: moniquew@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)