**E-filed 10/3/06**

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MARIA V. MORRIS (223903)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   swilliams@lerachlaw.com
6  mariam@lerachlaw.com
   moniquew@lerachlaw.com
7    – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)          SCHIFFRIN & BARROWAY, LLP
   THOMAS G. WILHELM (234980)             ERIC L. ZAGAR
9  655 West Broadway, Suite 1900          SEAN M. HANDLER
   San Diego, CA  92101                   280 King of Prussia Road
10 Telephone:  619/231-1058               Radnor, PA  19087
   619/231-7423 (fax)                     Telephone:  610/667-7706
11 travisd@lerachlaw.com                  610/667-7056 (fax)
   bgoodman@lerachlaw.com                 ezagar@sbclasslaw.com
12 twilhelm@lerachlaw.com                 shandler@sbclasslaw.com

13 Co-Lead Counsel for Plaintiffs

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17

18 In re TRIDENT MICROSYSTEMS, INC.,  )   Master File No. C-06-3440-JF
   DERIVATIVE LITIGATION           )
19 _____ )   STIPULATION AND [PROPOSED] ORDER
                                    )   CONTINUING INITIAL CASE
   This Document Relates To:        )   MANAGEMENT CONFERENCE UNTIL
20                                   )   NOVEMBER 17, 2006
        ALL ACTIONS.                )
21 _____ )

22

23

24

25

26

27

28

1    WHEREAS, plaintiffs' consolidated complaint is due November 6, 2006; and

2    WHEREAS, the parties have met and conferred and believe the interest of judicial economy

3    will be served by continuing the case management conference currently scheduled on October 6,

4    2006 at 10:30 a.m. to November 17, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar

5    permits.

6    It is hereby stipulated and agreed by the parties, through their respective counsel of record, as

7    follows:

8        1.    The case management conference scheduled on October 6, 2006 at 10:30 a.m. is

9    continued until November 17, 2006 at 10:30 a.m.

10       2.    The case management statement shall be due on November 10, 2006.

11   DATED:  September 29, 2006                LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
12                                             SHAWN A. WILLIAMS
                                               MARIA V. MORRIS
13                                             MONIQUE C. WINKLER

14

15                                                      /s/
                                               MONIQUE C. WINKLER
16
                                               100 Pine Street, Suite 2600
17                                             San Francisco, CA  94111
                                               Telephone:  415/288-4545
18                                             415/288-4534 (fax)

19                                             LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
20                                             TRAVIS E. DOWNS III
                                               BENNY C. GOODMAN III
21                                             THOMAS G. WILHELM
                                               655 West Broadway, Suite 1900
22                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
23                                             619/231-7423 (fax)

24                                             SCHIFFRIN & BARROWAY, LLP
                                               ERIC L. ZAGAR
25                                             SEAN M. HANDLER
                                               280 King of Prussia Road
26                                             Radnor, PA  19087
                                               Telephone:  610/667-7706
27                                             610/667-7056 (fax)

28                                             Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE UNTIL NOVEMBER 17, 2006 - C-06-3440-JF                              - 1 -

1    I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

2

3    file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

4    X.B., I hereby attest that JUSTIN S. CHANG has concurred in this filing.

5    DATED:  September 29, 2006            SHEARMAN & STERLING LLP
                                          JEFFREY S. FACTER
6                                         JUSTIN S. CHANG

7
                                        _____/s/_____
8                                                JUSTIN S. CHANG

9                                         525 Market Street
                                          San Francisco, CA 94105
10                                        Telephone:  415/616-1100
                                          415/616-1199 (fax)
11

12                                        Counsel for Defendant Frank C. Lin

13   I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

14   file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

15   X.B., I hereby attest that JIN H. KIM has concurred in this filing.

16   DATED:  September __, 2006            HOWARD RICE NEMEROVSKI CANADY
                                          FALK & RABKIN, A Professional Corporation
17                                        SARAH A. GOOD
                                          JIN H. KIM
18

19                                      _____
                                                   JIN H. KIM
20
                                          Three Embarcadero Center, Seventh Floor,
21                                        San Francisco, CA 94111-4024
                                          Telephone: 415/434-1600
22                                        415/217-5910 (fax)

23                                        Counsel for Defendants Glen M. Antle, Jung-
                                          Herng Chang, Yasushi Chikagami, Peter Jen,
24                                        Gerry Liu, John Luke, Amir Mashkoori, Millard
                                          Phelps, and W. Steven Rowe
25

26

27

28

1

2    I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

3    file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,

4    X.B., I hereby attest that JEFFREY S. FACTER have concurred in this filing.

5    DATED: September __, 2006          SHEARMAN & STERLING LLP
                                          JEFFREY S. FACTER
6

7                                         _____

8                                               JEFFREY S. FACTER

9                                         525 Market Street
                                          San Francisco, CA 94105
10                                        Telephone: 415/616-1100
                                          415/616-1199 (fax)
11
                                          Counsel for Defendant Frank C. Lin
12
        I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to
13
     file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,
14
     X.B., I hereby attest that JIN H. KIM have concurred in this filing.
15
     DATED: September 28, 2006            HOWARD RICE NEMEROVSKI CANADY
16                                        FALK & RABKIN, A Professional Corporation
                                          SARAH A. GOOD
17                                        JIN H. KIM

18                                        _____

19                                                   JIN H. KIM

20                                        Three Embarcadero Center, Seventh Floor,
                                          San Francisco, CA 94111-4024
21                                        Telephone: 415/434-1600
                                          415/217-5910 (fax)
22
                                          Counsel for Defendants Glen M. Antle, Jung-
23                                        Herng Chang, Yasushi Chikagami, Peter Jen,
                                          Gerry Liu, John Luke, Amir Mashkoori, Millard
24                                        Phelps, and W. Steven Rowe

25

26

27

28

1    I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

2 file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

3 X.B., I hereby attest that WALTER J. ROBINSON has concurred in this filing.

4 DATED:  September 29, 2006              PILLSBURY WINTHROP SHAW
                                         PITTMAN, LLP
5                                        CHARLES J. LANDY
                                         WALTER J. ROBINSON
6                                        THOMAS G. ALLEN

7
                                         _____/s/_____
8                                                 WALTER J. ROBINSON

9                                        2475 Hanover Street
                                         Palo Alto, CA 94304-1114
10                                       Telephone: 650/233-4500
                                         650/233-4545 (fax)
11
                                         PILLSBURY WINTHROP SHAW
12                                       PITTMAN, LLP
                                         CHARLES J. LANDY
13                                       THOMAS G. ALLEN
                                         2300 N Street N.W.
14                                       Washington, D.C. 20037
                                         Telephone: 202/663-8000
15                                       202/663-8007 (fax)

16                                       Counsel for Defendant John S. Edmunds

17    I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

18 file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

19 X.B., I hereby attest that DAVID F. GROSS has concurred in this filing.

20 DATED:  September 29, 2006              DLA PIPER RUDNICK GRAY CARY
                                         SHIRLI FABBRI WEISS
21                                       DAVID F. GROSS

22
                                         _____/s/_____
23                                                 DAVID F. GROSS

24                                       153 Townsend Street, Suite 800
                                         San Francisco, CA 94107
25                                       Telephone: 415/836-2562
                                         415/836-2501 (fax)
26
                                         Counsel for Nominal Defendant Trident
27                                       Microsystems, Inc.

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE UNTIL NOVEMBER 17, 2006 - C-06-3440-JF                          - 3 -

1                          *       *       *

2                              **O R D E R**

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

4     DATED: _____10/3/06_____     _____

5                                                  THE HONORABLE JEREMY FOGEL
                                                   UNITED STATES DISTRICT JUDGE

6
      T:\casesSF\trident deriv\STP00035250.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE UNTIL NOVEMBER 17, 2006 - C-06-3440-JF                        - 4 -

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on September 29, 2006, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8                                 /s/
                         MONIQUE C. WINKLER

9                            LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP

10                           100 Pine Street, Suite 2600
                         San Francisco, CA  94111

11                           Telephone:  415/288-4545
                         415/288-4534 (fax)

12                           moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Gerald W. Keeney