**\*\*E-filed 2/9/07\*\***

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
moniquew@lerachlaw.com

– and –

TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
    & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
jmaro@sbtklaw.com

Co-Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS INC. DERIVATIVE LITIGATION | Master File No. C-06-3440-JF |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND SCHEDULE**<br>**FOR FILING OF AMENDED**<br>**CONSOLIDATED COMPLAINT** |

WHEREAS, this is a consolidated shareholder derivative action brought on behalf of Trident Microsystems, Inc. ("Trident") against certain officers and directors of Trident;

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE
FOR FILING OF AMENDED CONSOLIDATED COMPLAINT

1

WHEREAS, Lead Plaintiffs filed their Consolidated Shareholder Derivative Complaint in the instant action on November 7, 2006;

WHEREAS, the Individual Defendants and nominal defendant Trident (collectively "Defendants") filed their Motions to Dismiss Lead Plaintiffs' Consolidated Derivative Complaint on December 21, 2006;

WHEREAS, the deadline for Lead Plaintiffs' response to the Motions to Dismiss Lead Plaintiffs' Consolidated Derivative Complaint is February 5, 2007;

WHEREAS, the parties have met and conferred regarding the scheduling of the Lead Plaintiffs' response to the Motions to Dismiss Lead Plaintiffs' Consolidated Derivative Complaint;

WHEREAS, Lead Plaintiffs intend to file an Amended Consolidated Derivative Complaint; and;

WHEREAS, the agreed-upon extension is not for the purpose of delay and promotes judicial efficiency;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that Lead Plaintiffs shall no later than March 7, 2007 file and serve an Amended Consolidated Derivative Complaint ("Amended Complaint") which will supersede all existing complaints filed in this action. Defendants need not respond to the pre-existing complaints and Lead Plaintiffs need not respond to Defendants' Motions to Dismiss Lead Plaintiffs' Consolidated Derivative Complaint; and

IT IS FURTHER STIPULATED AND AGREED that Nominal Defendant Trident's response to the Amended Complaint will be due no later than forty (40) days from the date of service. In the event that Trident responds by a motion to dismiss the Amended Complaint for failure to plead that making a demand would have been futile (pursuant to Fed. R. Civ. P. 23.1), Lead Plaintiffs shall file and serve

their opposition within forty-five (45) days after service of Trident's motion, and Trident shall file and serve a reply to Lead Plaintiffs' opposition within fifteen (15) days after service of the opposition. Trident will notice the motion for the earliest available hearing date accommodating this briefing schedule, unless otherwise agreed by Trident and Lead Plaintiffs.

IT IS FURTHER STIPULATED AND AGREED that, if Trident files a motion to dismiss as contemplated above, the Individual Defendants need not respond to the Amended Complaint unless and until Trident's motion to dismiss is denied. If Trident's motion to dismiss is denied, or if Trident does not file a motion to dismiss and instead files an alternative response, the Individual Defendants will file and serve their responses to the Amended Complaint within forty-five (45) days of notice of the Court's order denying Trident's motion to dismiss or Trident's filing of the alternative response.

IT IS SO STIPULATED.

DATED: February 5, 2007
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

/s/
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

|   |   |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
| 3 | DARREN J. ROBBINS (168593) TRAVIS E. DOWNS III (148274) |
| 4 | 655 West Broadway, Suite 1900 San Diego, CA 92101 |
| 5 | Telephone: 619/231-1058 619/231-7423 (fax) |

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that CHARLES J. LANDY has concurred in this filing.

DATED: February 5, 2007        PILLSBURY WINTHROP SHAW
    PITTMAN LLP
CHARLES J. LANDY
WALTER J. ROBINSON
THOMAS G. ALLEN


                      /s/
                      CHARLES J. LANDY
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: 650/233-4500
650/233-4545 (fax)

PILLSBURY WINTHROP SHAW
    PITTMAN, LLP
CHARLES J. LANDY
THOMAS G. ALLEN

STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE
FOR FILING OF AMENDED CONSOLIDATED COMPLAINT
4

| | |
|---|---|
| 1 | 2300 N Street N.W. |
| 2 | Washington, D.C. 20037 |
| | Telephone: 202/663-8000 |
| 3 | 202/663-8007 (fax) |
| 4 | Counsel for Defendant John S. Edmunds |

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that JUSTIN S. CHANG has concurred in this filing.

DATED: February 5, 2007                      SHEARMAN & STERLING LLP
                                              JEFFREY S. FACTER
                                              JUSTIN S. CHANG


                                                     /s/
                                              ─────────────────────────
                                              JUSTIN S. CHANG
                                              525 Market Street
                                              San Francisco, CA 94105
                                              Telephone: 415/616-1100
                                              415/616-1199 (fax)

                                              Counsel for Defendant Frank C. Lin

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that SARAH A. GOOD has concurred in this filing.

DATED: February 5, 2007                      HOWARD RICE NEMEROVSKI
                                                 CANADYFALK & RABKIN, PC
                                              SARAH A. GOOD
                                              CLARA J. SHIN
                                              JASON S. TAKENOUCHI


                                                     /s/
                                              ─────────────────────────
                                              SARAH A. GOOD
                                              Three Embarcadero Center, Seventh Floor,
                                              San Francisco, CA 94111-4024
                                              Telephone: 415/434-1600
                                              415/217-5910 (fax)

|   |   |
|---|---|
|   | Counsel for Defendants Glen M. Antle, Jung-Herng Chang, Peter Jen, Gerry Liu, John Luke, Amir Mashkoori, Millard Phelps, and W. Stephen Rowe and specially appearing for Yasushi Chikagami |

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that DAVID PRIEBE has concurred in this filing.

DATED: February 5, 2007         DLA PIPER US LLP
                                SHIRLI FABBRI WEISS
                                DAVID PRIEBE


                                        /s/
                                DAVID PRIEBE
                                2000 University Avenue
                                East Palo Alto, CA 94303
                                Telephone: 650/833-2056
                                650/833-2001 (fax)

                                Counsel for Nominal Defendant Trident Microsystems, Inc.

                        *       *       *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __2//9/07_____          _____
                                         UNITED STATES DISTRICT JUDGE
                                            JEREMY FOGEL

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE
FOR FILING OF AMENDED CONSOLIDATED COMPLAINT
6

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      s/ Shawn A. Williams
      SHAWN A. WILLIAMS

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: swilliams@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com

- **Justin S. Chang**
  jchang@shearman.com cflood@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com cflood@shearman.com;rcheatham@shearman.com;jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com bhastings@howardrice.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **David Priebe**
  david.priebe@dlapiper.com stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com

- **Clara Shin**
  cshin@hrice.com ccamp@howardrice.com

- **Jason Takenouchi**
  jtakenouchi@howardrice.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James A. Maro**

Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087