LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
moniquew@lerachlaw.com
abaig@lerachlaw.com
       –and–
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
       –and–
THOMAS G. WILHELM (234980)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
twilhelm@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
jmaro@sbtklaw.com

Co-Lead Counsel for Plaintiffs

**E-filed 3/22/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C06-3440-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING HEARING DATE FOR NOMINAL DEFENDANT TRIDENT MICROSYSTEMS, INC.'S MOTION TO DISMISS |

1  WHEREAS, lead plaintiffs filed their First Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Complaint") on March 7, 2007;

WHEREAS, pursuant to this Court's February 9, 2007 Order, nominal defendant Trident Microsystems, Inc.'s ("Trident") response to the Amended Complaint will be due no later than April 16, 2007, and in the event that Trident responds by a motion to dismiss the Amended Complaint for failure to plead that making a demand would have been futile (pursuant to Fed. R. Civ. P. 23.1), lead plaintiffs shall file and serve their opposition within forty-five (45) days after service of Trident's motion, and Trident shall file and serve a reply to lead plaintiffs' opposition within fifteen (15) days after service of the opposition; and

WHEREAS, the parties have met and conferred and believe the interest of judicial economy will be served by continuing the case management conference currently scheduled on March 23, 2007 at 10:30 a.m. to July 12, 2007 at 10:30 a.m., or as soon thereafter as the Court's calendar permits, and setting the hearing on Trident's Motion to Dismiss for July 12, 2007 at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

THEREFORE IT IS STIPULATED AND AGREED that:

1. The case management conference scheduled on March 23, 2007 at 10:30 a.m. is continued until July 12, 2007 at 10:30 a.m.

2. The hearing on Trident's Motion to Dismiss is set for July 12, 2007 at 9:00 a.m.

DATED: March 21, 2007                    LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
                                         MONIQUE C. WINKLER
                                         AELISH M. BAIG

                                         _____/s/_____
                                         MONIQUE C. WINKLER

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
                                         Telephone: 415/288-4545
                                         415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - C06-3440-JF  - 1 -

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 2 | TRAVIS E. DOWNS III |
| | BENNY C. GOODMAN III |
| 3 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 5 | |
| | LERACH COUGHLIN STOIA GELLER |
| 6 |   RUDMAN & ROBBINS LLP |
| | THOMAS G. WILHELM |
| 7 | 9601 Wilshire Blvd., Suite 510 |
| | Los Angeles, CA  90210 |
| 8 | Telephone:  310/859-3100 |
| | 310/278-2148 (fax) |

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
jmaro@sbtklaw.com

Co-Lead Counsel for Plaintiffs

I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that JEFFREY S. FACTER has concurred in this filing.

DATED:  March 21, 2007         SHEARMAN & STERLING LLP
                               JEFFREY S. FACTER
                               JUSTIN S. CHANG


                                              /s/
                                    JEFFREY S. FACTER

                               525 Market Street
                               San Francisco, CA 94105
                               Telephone:  415/616-1100
                               415/616-1199 (fax)

                               Counsel for Defendant Frank C. Lin

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - C06-3440-JF - 2 -

1    I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that JIN H. KIM has concurred in this filing.

DATED:  March 21, 2007

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation
SARAH A. GOOD
JIN H. KIM

_____/s/_____
JIN H. KIM

Three Embarcadero Center, Seventh Floor,
San Francisco, CA 94111-4024
Telephone: 415/434-1600
415/217-5910 (fax)

Counsel for Defendants Glen M. Antle, Jung-Herng Chang, Peter Jen, Gerry Liu, John Luke, Amir Mashkoori, Millard Phelps, and W. Stephen Rowe and specially appearing for Yasushi Chikagami

I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that THOMAS G. ALLEN has concurred in this filing.

DATED:  March 21, 2007

PILLSBURY WINTHROP SHAW PITTMAN, LLP
CHARLES J. LANDY
THOMAS G. ALLEN

_____/s/_____
THOMAS G. ALLEN

2300 N Street, NW
Washington, DC 20037-1122
Telephone: 202/663-8000
202/663-8007 (fax)

PILLSBURY WINTHROP SHAW PITTMAN, LLP
WALTER J. ROBINSON
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: 650/233-4500
650/233-4545 (fax)

Counsel for Defendant John S. Edmunds

1   I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to
2   file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,
3   X.B., I hereby attest that DAVID PRIEBE has concurred in this filing.

4   DATED: March 21, 2007                    DLA PIPER RUDNICK GRAY CARY
                                             DAVID PRIEBE
5
                                             _____/s/_____
6                                            DAVID PRIEBE

7                                            2000 University Avenue
                                             East Palo Alto, California 94303
8                                            Telephone: 650/833-2056
                                             650/833-2001 (fax)
9
                                             DLA PIPER RUDNICK GRAY CARY
10                                           SHIRLI FABBRI WEISS
                                             DAVID F. GROSS
11                                           153 Townsend Street, Suite 800
                                             San Francisco, CA 94107
12                                           Telephone: 415/836-2562
                                             415/836-2501 (fax)
13
                                             Counsel for Nominal Defendant Trident
14                                           Microsystems, Inc.

15
                              *       *       *
16
                                    **O R D E R**
17
        IT IS SO ORDERED.
18
    DATED: __3/22/07_____        _____
19                                    THE HONORABLE JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE
20

21  T:\casesSF\trident Deriv\STP00040253.doc

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -
C06-3440-JF                                                              - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2007.

<u>         /s/         </u>
MONIQUE C. WINKLER

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:moniquew@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com

- **Justin S. Chang**
  jchang@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com rcheatham@shearman.com;jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com bhastings@howardrice.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com der_filings@sbtklaw.com

- **David Priebe**
  david.priebe@dlapiper.com stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com

- **Clara Shin**
  cshin@hrice.com ccamp@howardrice.com

- **Jason Takenouchi**
  jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`