1   SHIRLI FABBRI WEISS (Bar No. 079225)
     GERARD A. TRIPPITELLI (Bar No. 235788)     **E-filed 4/17/07**
2   **DLA PIPER US LLP**
     401 B Street, Suite 1700
3   San Diego, CA  92101-4297
     Telephone:  (619) 699-2700
4   Facsimile:  (619) 699-2701
     Email:  shirli.weiss@dlapiper.com
5           jerry.trippitelli@dlapiper.com

6   DAVID PRIEBE (Bar No. 148679)
     **DLA PIPER US LLP**
7   2000 University Avenue
     East Palo Alto, CA 94303
8   Telephone:  (650) 833-2000
     Facsimile:  (650) 833-2001
9   Email:  david.gross@dlapiper.com
           david.priebe@dlapiper.com
10

11  Attorneys for Nominal Defendant
     TRIDENT MICROSYSTEMS, INC.

12

                    UNITED STATES DISTRICT COURT
13

                NORTHERN DISTRICT OF CALIFORNIA
14

                      SAN JOSE DIVISION
15

16  IN RE TRIDENT MICROSYSTEMS,    |  LEAD CASE NO.  C06-3440-JF
     INC. DERIVATIVE LITIGATION
17                            |  **STIPULATION AND [~~PROPOSED~~] ORDER**
                                **ENLARGING TIME FOR NOMINAL**
18  This Document Relates to:         |  **DEFENDANT TRIDENT MICROSYSTEMS,**
                                **INC. TO RESPOND TO COMPLAINT AND**
19      ALL ACTIONS.            |  **ALLOWING PLAINTIFFS TO AMEND**
                                **COMPLAINT**
20

21

22

23

24

25

26

27

28  EM\7217234.2

1

**STIPULATION**

2      WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney, on behalf of

3 themselves and all others similarly situated ("Lead Plaintiffs"), filed their First Amended

4 Consolidated Verified Shareholder Derivative Complaint ("Amended Complaint") on March 7,

5 2007; and

6      WHEREAS, pursuant to this Court's February 9, 2007 Order, nominal defendant Trident

7 Microsystems, Inc.'s ("Trident") response to the Amended Complaint is due by April 16, 2007;

8 and

9      WHEREAS, by the parties' stipulation and Court order dated March 22, 2007, in the event

10 that Trident responds by a motion to dismiss the Amended Complaint for failure to plead that

11 making a demand would have been futile (pursuant to Fed. R. Civ. P. 23.1), Lead Plaintiffs must

12 file and serve their opposition within forty-five (45) days after service of Trident's motion, and

13 Trident must file and serve a reply to Lead Plaintiffs' opposition within fifteen (15) days after

14 service of the opposition;

15      WHEREAS, Trident requested of Lead Plaintiffs an extension of time to respond to the

16 Amended Complaint in order to complete its internal investigation and determine the appropriate

17 response; and

18      WHEREAS, Lead Plaintiffs agreed to Trident's request;

19      THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

20      1.      Trident's date to  respond to the Amended Complaint will be extended from April

21 16 to April 30, 2007.

22      2.      The dates for the opposition and reply briefs (should Trident file a motion to

23 dismiss) will remain the same, *i.e.*, forty-five (45) days after service of Trident's motion and

24 fifteen (15) days after service of Plaintiffs' opposition, respectively.

25

26

27

28

DLA PIPER US LLP

-1-

1    Dated:  April 16, 2007              DLA PIPER US LLP

2

3                                        By  _/s/ David Priebe_____
                                             DAVID PRIEBE
4                                            Attorneys for Nominal Defendant
                                             Trident Microsystems, Inc.
5
     Dated:  April 16, 2007              LERACH COUGHLIN STOIA GELLER
6                                        RUDMAN & ROBBINS LLP

7
                                         By  _/s/ Shawn A. Williams_____
8                                            SHAWN A. WILLIAMS
                                             MONIQUE C. WINKLER
9                                            AELISH M. BAIG

10                                                    and

11                                       SCHIFFRIN BARROWAY TOPAZ
                                             & KESSLER, LLP
12                                           ERIC L. ZAGAR
                                             ROBIN WINCHESTER
13                                           JAMES A. MARO

14                                           Co-Lead Counsel for Plaintiffs

15

16        IT IS SO ORDERED.

17

18

19   DATED:  ___ 4/17/07 _____    _____
                                          THE HONORABLE JEREMY FOGEL
20                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1        I, DAVID PRIEBE, am the ECF User whose ID and password are being used to file this

2    STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I

3    hereby attest that SHAWN A. WILLIAMS has concurred in this filing.

4

5    Dated:  April 16, 2007                DLA PIPER US LLP

6

7                            By  /s/ David Priebe
                           DAVID PRIEBE

8                               Attorneys for Nominal Defendant
                           Trident Microsystems, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28