*E-fled 5/4/07**

DANIEL J. BERGESON (No. 105439)
Email:  dbergeson@be-law.com
HWAY-LING HSU (No. 196178)
Email:  hhsu@be-law.com
BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, California  95110-2712
Telephone:    408/291-6200
Facsimile:    408/297-6000

Attorneys for Defendant
GLEN M. ANTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | Master File No. C-06-3440-JF |
| This Document Relates To: | SUBSTITUTION OF COUNSEL FOR DEFENDANT GLEN M. ANTLE |
| ALL ACTIONS | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Glen M. Antle hereby substitutes Daniel J. Bergeson, Esq., e-mail address: dbergeson@be-law.com, of BERGESON, LLP, 303 Almaden Blvd., Suite 500, San Jose, California  95110-2712, Telephone: 408/291-6200, Facsimile: 408/297-6000, in place and instead of Sarah A. Good of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, as his attorney of record in the above-captioned action.

1

2                        **SUBSTITUTION BASED ON CONSENT**

3           The undersigned consent to the substitution and certify that this substitution will not

4    delay the proceedings in this matter:

5    DATED:  April 30, 2007.              GLEN M. ANTLE, individually

6                                         By: _____/s/_____
                                                          GLEN M. ANTLE
7
8    DATED:  May 1, 2007.                 SARAH A. GOOD
                                          CLARA J. SHIN
                                          JASON S. TAKENOUCHI
9                                         REBECCA M. KAHAN
                                          HOWARD RICE NEMEROVSKI CANADY FALK &
10                                             RABKIN
                                          A Professional Corporation
11
                                          By: _____/s/_____
12                                                       SARAH A. GOOD

13   DATED:  April 30, 2007.              DANIEL J. BERGESON
                                          HWAY-LING HSU
14                                        BERGESON, LLP

15                                        By: _____/s/_____
                                                       DANIEL J. BERGESON
16

17   I, SARAH A. GOOD, am the ECF User whose ID and password are being used to file this
     SUBSTITUTION OF COUNSEL FOR DEFENDANT GLEN M. ANTLE.  In compliance with
18   General Order 45, X.B., I hereby attest that GLEN M. ANTLE and DANIEL J. BERGESON have
     concurred in this filing.
19   DATED:  May 1, 2007.

20                                        By: _____/s/_____
                                                       SARAH A. GOOD
21

22   **SO ORDERED.**

23   DATED:  _May 4_ , 2007.

24                                        By: _____
                                                THE HONORABLE JEREMY FOGEL
25                                              UNITED STATES DISTRICT JUDGE

26

27

28