**E-filed 5/11/07**

1 | DANIEL J. BERGESON (No. 105439)
Email: dbergeson@be-law.com
2 | HWAY-LING HSU (No. 196178)
Email: hhsu@be-law.com
3 | BERGESON, LLP
303 Almaden Blvd., Suite 500
4 | San Jose, California 95110-2712
Telephone: 408/291-6200
5 | Facsimile: 408/297-6000

6 | Attorneys for Defendant
MILLARD PHELPS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | Master File No. C-06-3440-JF |
|---|---|
| This Document Relates To: | SUBSTITUTION OF COUNSEL FOR DEFENDANT MILLARD PHELPS |
| ALL ACTIONS | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Millard Phelps hereby substitutes Daniel J. Bergeson, Esq., e-mail address: dbergeson@be-law.com, of BERGESON, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110-2712, Telephone: 408/291-6200, Facsimile: 408/297-6000, in place and instead of Sarah A. Good of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation as his attorney of record in the above-captioned action.

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

DATED: May 4, 2007.

MILLARD PHELPS, individually

By: _____/s/_____
MILLARD PHELPS

DATED: May 8, 2007.

SARAH A. GOOD
CLARA J. SHIN
JASON S. TAKENOUCHI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: _____/s/_____
SARAH A. GOOD

DATED: May 7, 2007.

DANIEL J. BERGESON
HWAY-LING HSU
BERGESON, LLP

By: _____/s/_____
DANIEL J. BERGESON

I, SARAH A. GOOD, am the ECF User whose ID and password are being used to file this SUBSTITUTION OF COUNSEL FOR DEFENDANT MILLARD PHELPS. In compliance with General Order 45, X.B., I hereby attest that MILLARD PHELPS and DANIEL J. BERGESON have concurred in this filing.

DATED: May 8, 2007.

By: _____/s/_____
SARAH A. GOOD

**SO ORDERED.**

DATED: __5/11__, 2007.

By: _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE