SARAH A. GOOD (No. 148742)
Email:  sgood@howardrice.com
JIN H. KIM (No. 208676)
Email:  jkim@howardrice.com
JASON S. TAKENOUCHI (No. 234835)
Email:  jtakenouchi@howardrice.com
REBECCA M. KAHAN (No. 244423)
Email:  rkahan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:     415/434-1600
Facsimile:      415/217-5910

Attorneys for Defendants
JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

\*\*E-filed 5/29/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 06-3440 JF (PVT)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER ENLARGING TIME FOR INDIVIDUAL DEFENDANTS TO FILE RESPONSES TO AMENDED COMPLAINT<br><br>Judge:       Hon. Jeremy Fogel |

WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney ("Lead Plaintiffs") filed their First Amended Verified Shareholder Derivative Complaint ("Amended Complaint") on March 7, 2007 against Trident Microsystems, Inc. ("Trident" or "Company") and certain former and current officers and directors of the Company ("Individual Defendants");

WHEREAS, by the parties' stipulation and Court order dated March 22, 2007, Individual Defendants' responses to the Amended Complaint are due 45 days after the Company's filing of any response other than a motion to dismiss for failure to plead that making a demand would have been futile;

WHEREAS, Trident filed on April 30, 2007 a Motion to Stay Action Pending Evaluation of Shareholder Derivative Claims by Special Litigation Committee ("Motion to Stay") with a hearing date of July 20, 2007;

WHEREAS, Individual Defendants and Lead Plaintiffs agree that it would promote judicial economy to have the Motion to Stay heard and resolved before Individual Defendants are required to file any responses to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the approval of the Court, that Individual Defendants shall have up to and including forty-five (45) days after notice of the Court's order denying Trident's Motion to Stay to file their responses to the Amended Complaint. In the event the Court grants Trident's Motion to Stay, Individual Defendants shall have up to and including forty-five (45) days after notice of the Court's order lifting such a stay to file their responses to the Amended Complaint.

| | | |
|---|---|---|
| 1 | DATED: May 25, 2007. | SARAH A. GOOD |
| 2 | | JIN H. KIM |
| | | JASON S. TAKENOUCHI |
| 3 | | REBECCA M. KAHAN |
| | | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 4 | | A Professional Corporation |

By: _____/s/_____
JIN H. KIM

Attorneys for Defendants JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

DATED: May 25, 2007.

CHARLES J. LANDY
WALTER J. ROBINSON
THOMAS G. ALLEN
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/_____
WALTER J. ROBINSON

Attorneys for Defendant JOHN S. EDMUNDS

DATED: May 25, 2007.

JEFFREY S. FACTER
JUSTIN S. CHANG
SHEARMAN & STERLING LLP

By: _____/s/_____
JUSTIN S. CHANG

Attorneys for Defendant FRANK C. LIN

| | | |
|---|---|---|
| 1 | DATED: May 25, 2007. | SHAWN A. WILLIAMS |
| 2 | | MONIQUE C. WINKLER |
| | | LERACH COUGHLIN STOIA GELLER RUDMAN |
| 3 | | & ROBBINS LLP |

By: _____/s/_____
MONIQUE C. WINKLER

ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP

Attorneys for LEAD PLAINTIFFS

DATED: May 25, 2007.

DANIEL J. BERGESON
HWAY-LING HSU
BERGESON, LLP

By: _____/s/_____
HWAY-LING HSU

Attorneys for Defendants GLEN A. ANTLE and MILLARD PHELPS

IT IS SO ORDERED.

DATED: __5/29____, 2007.

By: _____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1
2  I, JIN H. KIM, am the ECF User whose ID and password are being used to file this
3  STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR INDIVIDUAL
4  DEFENDANTS TO FILE RESPONSES TO AMENDED COMPLAINT.  In compliance with
5  General Order 45, X.B., I hereby attest that WALTER J. ROBINSON, JUSTIN S. CHANG,
6  MONIQUE WINKLER and HWAY-LING HSU have concurred in this filing.
7  DATED:  May 25, 2007.

By:  ___/s/___
     JIN H. KIM

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*