LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
moniquew@lerachlaw.com
abaig@lerachlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
     – and –
THOMAS G. WILHELM (234980)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
twilhelm@lerachlaw.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
shandler@sbclasslaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-06-3440-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

1    WHEREAS, on April 30, 2007 nominal defendant Trident Microsystems, Inc. ("Trident") filed a Motion to Stay Action Pending Evaluation By Special Litigation Committee of Shareholder Derivative Claims ("Motion to Stay");

    WHEREAS, under the current briefing schedule lead plaintiffs' response to the Motion to Stay is due by June 14, 2007; and

    WHEREAS, Trident had agreed to allow lead plaintiffs an extension of time to June 28, 2007 to respond to the Motion to Stay;

    THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1.    Lead plaintiffs' date to respond to the Motion to Stay will be extended from June 14, 2007 to June 28, 2007.

2.    Trident will have 15 days from service of lead plaintiffs' opposition to file and serve its reply to lead plaintiffs' opposition.

3.    The hearing on the Motion to Stay currently scheduled for July 20, 2007 at 9:00 a.m. shall be taken off calendar and rescheduled for August 3, 2007 at 9:00 a.m. or at another date convenient for the Court.

DATED: June 13, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


            /s/
    MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING - C-06-3440-JF   - 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  June 13, 2007    DLA PIPER RUDNICK GRAY CARY
                         DAVID PRIEBE


                                    /s/
                            DAVID PRIEBE

2000 University Avenue
East Palo Alto, California 94303
Telephone: 650/833-2056
650/833-2001 (fax)

DLA PIPER RUDNICK GRAY CARY
SHIRLI FABBRI WEISS
DAVID F. GROSS
153 Townsend Street, Suite 800
San Francisco, CA 94107
Telephone: 415/836-2562
415/836-2501 (fax)

Counsel for Nominal Defendant Trident Microsystems, Inc.

   I, Monique C. Winker, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING.  In compliance with General Order 45, X.B., I hereby attest that DAVID PRIEBE has concurred in this filing.

                                    /s/
                            MONIQUE C. WINKLER

1         * * *

2                               **O R D E R**
                    The Motion to Stay is rescheduled for hearing on
3     IT IS SO ORDERED.  8/31/07 at 9:00 AM.

4  DATED: _____6/15/07_____       _____
                                      THE HONORABLE JEREMY FOGEL
5                                     UNITED STATES DISTRICT JUDGE

6

7
   T:\casesSF\trident Deriv\STP00042752.doc
8

9

10

...

28

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2007.

    s/ Monique C. Winkler
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:MoniqueW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  dgross@graycary.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,gsimmons@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**

probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Jason Takenouchi**
  jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwincheste

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)