**E-filed 7/5/07**

SARAH A. GOOD (No. 148742)
Email: sgood@howardrice.com
JIN H. KIM (No. 208676)
Email: jkim@howardrice.com
JASON S. TAKENOUCHI (No. 234835)
Email: jtakenouchi@howardrice.com
REBECCA M. KAHAN (No. 244423)
Email: rkahan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendants
JUNG-HERNG CHANG, PETER JEN, GERRY
LIU, JOHN LUKE, AMIR MASHKOORI,
W. STEVEN ROWE and specially appearing for
YASUSHI CHIKAGAMI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 06-3440 JF (PVT)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Jeremy Fogel |

1  WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney ("Lead Plaintiffs") filed their First Amended Verified Shareholder Derivative Complaint on March 7, 2007 against Trident Microsystems, Inc. ("Trident" or "Company") and certain former and current officers and directors of the Company (collectively, "Defendants");

WHEREAS, pursuant to a stipulation and this Court's order dated March 22, 2007, a case management conference is currently scheduled for July 12, 2007;

WHEREAS, Trident filed on April 30, 2007 a Motion to Stay Action Pending Evaluation of Shareholder Derivative Claims by Special Litigation Committee ("Motion to Stay") with a hearing date of July 20, 2007;

WHEREAS, pursuant to a stipulation and this Court's order dated June 19, 2007, Lead Plaintiffs' time to respond the Motion to Stay was extended from June 14, 2007 to June 28, 2007, and the hearing on the Motion to Stay was continued from July 20, 2007 to August 3, 2007;

WHEREAS, on June 28, 2007, Plaintiff and Trident filed a stipulation requesting that the briefing on the Motion to Stay be further extended and the hearing on the Motion to Stay be continued to October 5, 2007.

WHEREAS, Lead Plaintiffs and Defendants agree that it would promote judicial economy to have the Motion to Stay heard and resolved before a case management conference is had.

/
/
/
/
/
/
/
/
/
/

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the approval of the Court, that:

The case management conference currently scheduled for July 12, 2007 at 10:30 a.m. is continued until October 26, 2007 at 10:30 a.m., or as soon thereafter as the Court's calendar permits.

DATED: June 28, 2007.

SARAH A. GOOD
JIN H. KIM
JASON S. TAKENOUCHI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY FALK &
    RABKIN
A Professional Corporation

By: /s/
    JIN H. KIM

Attorneys for Defendants JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

DATED: June 29, 2007.

CHARLES J. LANDY
WALTER J. ROBINSON
THOMAS G. ALLEN
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/
    WALTER J. ROBINSON

Attorneys for Defendant JOHN S. EDMUNDS

DATED: June 28, 2007.

JEFFREY S. FACTER
JUSTIN S. CHANG
SHEARMAN & STERLING LLP

By: /s/
    JUSTIN S. CHANG

Attorneys for Defendant FRANK C. LIN

| | | |
|---|---|---|
| 1 | DATED:  June 29, 2007. | SHAWN A. WILLIAMS |
| 2 | | MONIQUE C. WINKLER |
| | | LERACH COUGHLIN STOIA GELLER RUDMAN |
| 3 | | & ROBBINS LLP |

By: _____/s/_____
          MONIQUE C. WINKLER

ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP

Attorneys for LEAD PLAINTIFFS

DATED:  June 28, 2007.

DANIEL J. BERGESON
CAROLINE MCINTYRE
HWAY-LING HSU
BERGESON, LLP

By: _____/s/_____
          CAROLINE MCINTYRE

Attorneys for Defendants GLEN A. ANTLE and MILLARD PHELPS

DATED:  June 29, 2007.

DAVID F. GROSS
DAVID PRIEBE
DAVID BANIE
DLA PIPER US LLP

By: _____/s/_____
          DAVID GROSS

Attorneys for Nominal Defendant TRIDENT MICROSYSTEMS., INC.

1    I, JIN H. KIM, am the ECF User whose ID and password are being used to file this
2    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
3    CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that WALTER J.
4    ROBINSON, JUSTIN S. CHANG, MONIQUE WINKLER, CAROLINE MCINTYRE and DAVID
5    GROSS have concurred in this filing.

6    DATED: June 29, 2007.

7                                            By:  _____/s/_____
                                                  JIN H. KIM

13   IT IS SO ORDERED.

14   DATED:  7/5      , 2007.         By: _____
                                          UNITED STATES DISTRICT JUDGE
15                                        Jeremy Fogel