**E-filed 9/5/07**

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS (213113)<br>MONIQUE C. WINKLER (213031)<br>AELISH M. BAIG (201279)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>swilliams@lerachlaw.com<br>moniquew@lerachlaw.com<br>abaig@lerachlaw.com<br>        – and –<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>travisd@lerachlaw.com<br>bgoodman@lerachlaw.com | SCHIFFRIN, BARROWAY, TOPAZ<br>  & KESSLER, LLP<br>ERIC L. ZAGAR<br>SEAN M. HANDLER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbclasslaw.com<br>shandler@sbclasslaw.com |

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. C06-3440-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS, and CONTINUING CASE MANAGEMENT CONFERENCE |

1      WHEREAS, on April 30, 2007 nominal defendant Trident Microsystems, Inc. ("Trident") filed a Motion to Stay Action Pending Evaluation by Special Litigation Committee of Shareholder Derivative Claims ("Motion to Stay");

      WHEREAS, under the current briefing schedule lead plaintiffs' response to the Motion to Stay is due by August 30, 2007; and

      WHEREAS, Trident has agreed to allow lead plaintiffs an extension of time to September 20, 2007 to respond to the Motion to Stay;

      THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

      1.      Lead plaintiffs' date to respond to the Motion to Stay will be extended from August 30, 2007 to September 20, 2007;

      2.      Trident will have 15 days from service of lead plaintiffs' opposition to file and serve its reply to lead plaintiffs' opposition; and

      3.      The hearing on the Motion to Stay currently scheduled for October 5, 2007 at 9:00 a.m. shall be taken off calendar and rescheduled for November 9, 2007 at 9:00 a.m., or at another date convenient for the Court.   The Case Management Conference is also continued to 11/9/07.

DATED: August 28, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


                    /s/
            MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | SCHIFFRIN, BARROWAY, TOPAZ |
|   |   & KESSLER, LLP |
|   | ERIC L. ZAGAR |
| 3 | SEAN M. HANDLER |
|   | 280 King of Prussia Road |
| 4 | Radnor, PA  19087 |
|   | Telephone:  610/667-7706 |
| 5 | 610/667-7056 (fax) |
| 6 | Co-Lead Counsel for Plaintiffs |
| 7 | DATED:  August 28, 2007          DLA PIPER US LLP |
|   | DAVID PRIEBE |

                                    _____/s/_____
                                     DAVID PRIEBE

2000 University Avenue
East Palo Alto, California 94303
Telephone: 650/833-2056
650/833-2001 (fax)

DLA PIPER US LLP
SHIRLI FABBRI WEISS
DAVID F. GROSS
153 Townsend Street, Suite 800
San Francisco, CA 94107
Telephone: 415/836-2562
415/836-2501 (fax)

Counsel for Nominal Defendant Trident Microsystems, Inc.

1  I, Monique C. Winker, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING. In compliance with General Order 45, X.B., I hereby attest that DAVID PRIEBE has concurred in this filing.

/s/
MONIQUE C. WINKLER

\*  \*  \*

IT IS SO ORDERED.

DATED: 9/5/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\trident deriv\STP00045016.doc

STIP AND [PROP] ORD CONTINUING THE BRIEFING SCHEDULE AND HEARING - C06-3440-JF    - 3 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on August 28, 2007. |

                                                                                                                     <u>s/ Monique C. Winkler</u>
                                                                                                                       MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:MoniqueW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  dgross@graycary.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,gsimmons@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Jason Takenouchi**

jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)