**E-filed 10/31/07**

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
moniquew@csgrr.com
abaig@csgrr.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER LAUER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
rlauer@sbclasslaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. C06-3440-JF <br><br> STIPULATION AND ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS |

1  WHEREAS, on April 30, 2007 nominal defendant Trident Microsystems, Inc. ("Trident") filed a Motion to Stay Action Pending Evaluation by Special Litigation Committee of Shareholder Derivative Claims ("Motion to Stay");

WHEREAS, under the current briefing schedule lead plaintiffs' response to the Motion to Stay is due by November 1, 2007; and

WHEREAS, Trident has agreed to allow lead plaintiffs an extension of time to December 6, 2007 to respond to the Motion to Stay;

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Lead plaintiffs' date to respond to the Motion to Stay will be extended from November 1, 2007 to December 6, 2007;

2. Trident will have 15 days from service of lead plaintiffs' opposition to file and serve its reply to lead plaintiffs' opposition; and

3. The hearing on the Motion to Stay currently scheduled for December 21, 2007 at 9:00 a.m. shall be taken off calendar and rescheduled for January 25, 2008 at 9:00 a.m., or at another date convenient for the Court.

DATED: October 25, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


                    /s/
           MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

|   |   |
|---|---|
|   | SCHIFFRIN, BARROWAY, TOPAZ<br>  & KESSLER, LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER LAUER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax) |
|   | Co-Lead Counsel for Plaintiffs |
| DATED:  October 25, 2007 | DLA PIPER US LLP<br>SHIRLI FABBRI WEISS<br>DAVID F. GROSS |
|   | _____/s/_____<br>DAVID F. GROSS |
|   | 153 Townsend Street, Suite 800<br>San Francisco, CA 94107<br>Telephone: 415/836-2562<br>415/836-2501 (fax) |
|   | DLA PIPER US LLP<br>DAVID PRIEBE<br>2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: 650/833-2056<br>650/833-2001 (fax) |
|   | Counsel for Nominal Defendant Trident Microsystems, Inc. |

 I, Monique C. Winker, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING.  In compliance with General Order 45, X.B., I hereby attest that DAVID F. GROSS has concurred in this filing.

_____/s/_____
MONIQUE C. WINKLER

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  __10/31/07_____     _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Trident Deriv\STP00046753.doc

STIP & ORD CONTINUING BRIEFING SCHEDULE & HRG ON TRIDENT'S MTN TO STAY
ACTION PENDING EVAL BY SPECIAL LITIG COMM CLAIMS - C06-3440-JF                                    - 2 -

1 | CERTIFICATE OF SERVICE

2 I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 25, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: MoniqueW@csgrr.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  dgross@graycary.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,gsimmons@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Jason Takenouchi**

jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`