*efiled 12/5/07

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
moniquew@csgrr.com
abaig@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER LAUER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
rlauer@sbclasslaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | Master File No. C06-3440-JF |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC.'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS |

1   WHEREAS, on April 30, 2007 nominal defendant Trident Microsystems, Inc. ("Trident")
2  filed a Motion to Stay Action Pending Evaluation by Special Litigation Committee of Shareholder
3  Derivative Claims ("Motion to Stay");

4   WHEREAS, under the current briefing schedule lead plaintiffs' response to the Motion to
5  Stay is due by December 6, 2007; and

6   WHEREAS, Trident has agreed to allow lead plaintiffs an extension of time to January 10,
7  2008 to respond to the Motion to Stay;

8   THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

9   1.   Lead plaintiffs' date to respond to the Motion to Stay will be extended from
10 December 6, 2007 to January 10, 2008;

11   2.   Trident will have 15 days from service of lead plaintiffs' opposition to file and serve
12 its reply to lead plaintiffs' opposition; and

13   3.   The hearing on the Motion to Stay currently scheduled for January 25, 2008 at 9:00
14 a.m. shall be taken off calendar and rescheduled for February 29, 2008 at 9:00 a.m., or at another
15 date convenient for the Court.

DATED: December 4, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE –
C06-3440-JF                                                                                                                        - 1 -

```
                                    SCHIFFRIN, BARROWAY, TOPAZ
                                      & KESSLER, LLP
                                    ERIC L. ZAGAR
                                    ROBIN WINCHESTER LAUER
                                    280 King of Prussia Road
                                    Radnor, PA  19087
                                    Telephone:  610/667-7706
                                    610/667-7056 (fax)

                                    Co-Lead Counsel for Plaintiffs

DATED:  December 4, 2007           DLA PIPER US LLP
                                    SHIRLI FABBRI WEISS
                                    DAVID F. GROSS

                                            /s/
                                    DAVID F. GROSS

                                    153 Townsend Street, Suite 800
                                    San Francisco, CA 94107
                                    Telephone: 415/836-2562
                                    415/836-2501 (fax)

                                    DLA PIPER US LLP
                                    DAVID PRIEBE
                                    2000 University Avenue
                                    East Palo Alto, California 94303
                                    Telephone: 650/833-2056
                                    650/833-2001 (fax)

                                    Counsel for Nominal Defendant Trident
                                    Microsystems, Inc.
```

I, Monique C. Winker, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING.  In compliance with General Order 45, X.B., I hereby attest that DAVID F. GROSS has concurred in this filing.

```
                                            /s/
                                    MONIQUE C. WINKLER
```

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  12/5/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Trident deriv\STP00047667.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE –
C06-3440-JF                                                                                                            - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:MoniqueW@csgrr.com

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE –
C06-3440-JF

## Mailing Information for a Case 5:06-cv-03440-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com,alison.rousseau@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  dgross@graycary.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,vross@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Jason Takenouchi**
  jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`