*efiled 12/10/07

1  SARAH A. GOOD (No. 148742)
   Email: sgood@howardrice.com
2  JIN H. KIM (No. 208676)
   Email: jkim@howardrice.com
3  JASON S. TAKENOUCHI (No. 234835)
   Email: jtakenouchi@howardrice.com
4  REBECCA M. KAHAN (No. 244423)
   Email: rkahan@howardrice.com
5  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
6  A Professional Corporation
   Three Embarcadero Center, 7th Floor
7  San Francisco, California  94111-4024
   Telephone:    415/434-1600
8  Facsimile:    415/217-5910

9  Attorneys for Defendants
   JUNG-HERNG CHANG, PETER JEN, GERRY
10 LIU, JOHN LUKE, AMIR MASHKOORI,
   W. STEVEN ROWE and specially appearing for
11 YASUSHI CHIKAGAMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | No. C 06-3440 JF (PVT) |
|---|---|
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS | Judge:    Hon. Jeremy Fogel |

STIP. AND [PROPOSED] ORDER CONTINUING CMC          C 06-3440 JF (PVT)

1  WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney ("Lead Plaintiffs")
2  filed their First Amended Verified Shareholder Derivative Complaint on March 7, 2007 against
3  Trident Microsystems, Inc. ("Trident" or "Company") and certain former and current officers and
4  directors of the Company (collectively, "Defendants");

5  WHEREAS, Trident filed on April 30, 2007, a Motion to Stay Action Pending Evaluation
6  of Shareholder Derivative Claims by Special Litigation Committee ("Motion to Stay") with a
7  hearing date of July 20, 2007;

8  WHEREAS, as reflected in the Court's order dated October 25, 2007, a case management
9  conference is scheduled for December 21, 2007;

10  WHEREAS, as reflected in the Court's order dated December 5, 2007, the hearing on the
11  Motion to Stay has been continued to February 29, 2008 at 9 a.m.; and

12  WHEREAS, Lead Plaintiffs and Defendants agree that it would promote judicial economy
13  to have the Motion to Stay heard and resolved before a case management conference is had.

14  /
15  /
16  /
17  /
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the approval of the Court, that:

The case management conference currently scheduled for December 21, 2007 at 9:00 a.m. is continued until February 29, 2008 at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

DATED:  December 5, 2007.

SARAH A. GOOD
JIN H. KIM
JASON S. TAKENOUCHI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY FALK &
   RABKIN
A Professional Corporation

By: _____/s/_____
JIN H. KIM

Attorneys for Defendants JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

DATED:  December 6, 2007.

CHARLES J. LANDY
WALTER J. ROBINSON
THOMAS G. ALLEN
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/_____
WALTER J. ROBINSON

Attorneys for Defendant JOHN S. EDMUNDS

DATED:  December 5, 2007.

JEFFREY S. FACTER
JUSTIN S. CHANG
SHEARMAN & STERLING LLP

By: _____/s/_____
JUSTIN S. CHANG

Attorneys for Defendant FRANK C. LIN

| | | |
|---|---|---|
| 1 | DATED: December 6, 2007. | SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER<br>COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP |

By: _____/s/_____
         MONIQUE C. WINKLER

ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES A. MARO
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP

Attorneys for LEAD PLAINTIFFS

DATED: December 5, 2007.   DANIEL J. BERGESON
CAROLINE MCINTYRE
HWAY-LING HSU
BERGESON, LLP

By: _____/s/_____
         CAROLINE MCINTYRE

Attorneys for Defendants GLEN A. ANTLE and MILLARD PHELPS

DATED: December 6, 2007.   DAVID F. GROSS
DAVID PRIEBE
DAVID BANIE
DLA PIPER US LLP

By: _____/s/_____
         DAVID GROSS

Attorneys for Nominal Defendant TRIDENT MICROSYSTEMS., INC.

1   I, JIN H. KIM, am the ECF User whose ID and password are being used to file this
2   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
3   CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that WALTER J.
4   ROBINSON, JUSTIN S. CHANG, MONIQUE WINKLER, CAROLINE MCINTYRE and DAVID
5   GROSS have concurred in this filing.

DATED: December 6, 2007.

By: _____/s/_____
         JIN H. KIM

IT IS SO ORDERED.

DATED: __12/7_____, 2007.

By: ___[signature]___
    UNITED STATES DISTRICT JUDGE