SARAH A. GOOD (No. 148742)
Email: sgood@howardrice.com
JIN H. KIM (No. 208676)
Email: jkim@howardrice.com
JASON S. TAKENOUCHI (No. 234835)
Email: jtakenouchi@howardrice.com
REBECCA M. KAHAN (No. 244423)
Email: rkahan@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendants
JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 06-3440 JF (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Jeremy Fogel |

WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney ("Lead Plaintiffs") filed their First Amended Verified Shareholder Derivative Complaint on March 7, 2007, against Trident Microsystems, Inc. ("Trident" or "Company") and certain former and current officers and directors of the Company (collectively, "Defendants");

WHEREAS, Trident filed on April 30, 2007, a Motion to Stay Action Pending Evaluation of Shareholder Derivative Claims by Special Litigation Committee ("Motion to Stay") with a hearing date of July 20, 2007;

WHEREAS, as reflected in the Court's order dated December 7, 2007, a case management conference currently is scheduled for February 29, 2008 at 9:00 a.m.;

WHEREAS, as reflected in the Court's order dated January 14, 2008, the hearing on the Motion to Stay has been continued to April 4, 2008 at 9:00 a.m.; and

WHEREAS, Lead Plaintiffs and Defendants agree that it would promote judicial economy to have the Motion to Stay heard and resolved before a case management conference is held,

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the approval of the Court, that:

The case management conference currently scheduled for February 29, 2008 at 9:00 a.m. is continued to April 4, 2008 at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

DATED: February 7, 2008.

SARAH A. GOOD
JIN H. KIM
JASON S. TAKENOUCHI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: ___/s/___
JASON S. TAKENOUCHI

Attorneys for Defendants JUNG-HERNG CHANG, PETER JEN, GERRY LIU, JOHN LUKE, AMIR MASHKOORI, W. STEVEN ROWE and specially appearing for YASUSHI CHIKAGAMI

| | | |
|---|---|---|
| 1 | DATED: February 7, 2008. | CHARLES J. LANDY |
| 2 | | WALTER J. ROBINSON |
| | | THOMAS G. ALLEN |
| 3 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | | By: _____/s/_____ |
| | | THOMAS G. ALLEN |
| 5 | | |
| 6 | | Attorneys for Defendant JOHN S. EDMUNDS |
| 7 | DATED: February 7, 2008. | JEFFREY S. FACTER |
| | | JUSTIN S. CHANG |
| 8 | | SHEARMAN & STERLING LLP |
| 9 | | |
| 10 | | By: _____/s/_____ |
| | | JUSTIN S. CHANG |
| 11 | | Attorneys for Defendant FRANK C. LIN |
| 12 | DATED: February 7, 2008. | SHAWN A. WILLIAMS |
| | | MONIQUE C. WINKLER |
| 13 | | COUGHLIN STOIA GELLER RUDMAN |
| 14 | | & ROBBINS LLP |
| 15 | | By: _____/s/_____ |
| | | SHAWN A. WILLIAMS |
| 16 | | |
| | | ERIC L. ZAGAR |
| 17 | | ROBIN WINCHESTER |
| | | JAMES A. MARO |
| 18 | | SCHIFFRIN BARROWAY TOPAZ |
| | | & KESSLER, LLP |
| 19 | | |
| | | Attorneys for LEAD PLAINTIFFS |
| 20 | | |
| 21 | | |
| 22 | DATED: February 7, 2008. | DANIEL J. BERGESON |
| | | CAROLINE MCINTYRE |
| 23 | | HWAY-LING HSU |
| | | BERGESON, LLP |
| 24 | | |
| 25 | | By: _____/s/_____ |
| | | CAROLINE MCINTYRE |
| 26 | | Attorneys for Defendants GLEN A. ANTLE and |
| | | MILLARD PHELPS |
| 27 | | |
| 28 | | |

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

STIP. AND [PROPOSED] ORDER CONTINUING CMC     C 06-3440 JF (PVT)

-2-

| | | |
|---|---|---|
| 1 | DATED: February 7, 2008. | DAVID F. GROSS |
| 2 | | DAVID PRIEBE |
| | | DAVID BANIE |
| 3 | | DLA PIPER US LLP |
| 4 | | By: _____/s/_____ |
| | | DAVID F. GROSS |
| 5 | | |
| 6 | | Attorneys for Nominal Defendant TRIDENT MICROSYSTEMS., INC. |

I, JASON S. TAKENOUCHI, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that THOMAS G. ALLEN, JUSTIN S. CHANG, SHAWN A. WILLIAMS, CAROLINE MCINTYRE and DAVID F. GROSS have concurred in this filing.

DATED: February 7, 2008.

By: _____/s/_____
JASON S. TAKENOUCHI

IT IS SO ORDERED.

DATED: __2/12__, 2008.

By: _____[signature]_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

STIP. AND [PROPOSED] ORDER CONTINUING CMC      C 06-3440 JF (PVT)
-3-