COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
abaig@csgrr.com
cwood@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER LAUER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
rlauer@sbclasslaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | Master File No. C06-3440-JF |
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC.'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS |

1    WHEREAS on April 30, 2007 nominal defendant Trident Microsystems, Inc. ("Trident")

2   filed a Motion to Stay Action Pending Evaluation by Special Litigation Committee of Shareholder

3   Derivative Claims ("Motion to Stay");

4    WHEREAS, under the current briefing schedule lead plaintiffs' response to the Motion to

5   Stay is due by February 14, 2008;

6    WHEREAS, the parties are in discussions regarding the possibility of settling this matter; and

7    WHEREAS, Trident has agreed to allow lead plaintiffs an extension of time to May 14, 2008

8   to respond to the Motion to Stay;

9    THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

10    1.    Lead plaintiffs' date to respond to the Motion to Stay will be extended from

11  February 14, 2008 to May 14, 2008;

12    2.    Trident will have 15 days from service of lead plaintiffs' opposition to file and serve

13  its reply to lead plaintiffs' opposition; and

14    3.    The hearing on the Motion to Stay and Case Management Conference currently

15  scheduled for April 4, 2008 at 9:00 a.m. shall be taken off calendar and rescheduled for June 20,

16  2008 at 9:00 a.m., or at another date convenient for the Court.

17  DATED: February 14, 2008          COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
18                                      SHAWN A. WILLIAMS
                                        AELISH M. BAIG
19                                      CHRISTOPHER M. WOOD

20
                                                 /s/
21                                      SHAWN A. WILLIAMS

22                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
23                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
24
                                        COUGHLIN STOIA GELLER
25                                        RUDMAN & ROBBINS LLP
                                        TRAVIS E. DOWNS III
26                                      BENNY C. GOODMAN III
                                        655 West Broadway, Suite 1900
27                                      San Diego, CA  92101
                                        Telephone:  619/231-1058
28                                      619/231-7423 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER LAUER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

DATED: February 14, 2008

DLA PIPER US LLP
SHIRLI FABBRI WEISS
DAVID F. GROSS


_____/s/_____
DAVID F. GROSS

153 Townsend Street, Suite 800
San Francisco, CA 94107
Telephone: 415/836-2562
415/836-2501 (fax)

DLA PIPER US LLP
DAVID PRIEBE
2000 University Avenue
East Palo Alto, California 94303
Telephone: 650/833-2056
650/833-2001 (fax)

Counsel for Nominal Defendant Trident
Microsystems, Inc.

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON TRIDENT MICROSYSTEMS, INC.'S MOTION TO STAY ACTION PENDING EVALUATION BY SPECIAL LITIGATION COMMITTEE OF SHAREHOLDER DERIVATIVE CLAIMS. In compliance with General Order 45, X.B., I hereby attest that David F. Gross has concurred in this filing.

_____/s/_____
SHAWN A. WILLIAMS

\*      \*      \*

**O R D E R**

    IT IS SO ORDERED.

DATED: __2/22/08_____      _____
                               THE HONORABLE JEREMY FOGEL
                               UNITED STATES DISTRICT JUDGE

T:\CasesSF\Trident Deriv\S_O00049124.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 14, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com,alison.rousseau@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  dgross@graycary.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,vross@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Jason Takenouchi**
  jtakenouchi@howardrice.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)