E-Filed: 1-15-09

1  LLOYD WINAWER (No. 157823)
   Email: lwinawer@goodwinprocter.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA 94025
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  Attorneys for Defendant
   AMIR MASHKOORI

6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

12 | In re TRIDENT MICROSYSTEMS, INC., | Master File No. C-06-3440-JF
13 | DERIVATIVE LITIGATION             |
   |                                   | SUBSTITUTION OF COUNSEL FOR
14 |                                   | DEFENDANT AMIR MASHKOORI
   | This Document Relates To:         |
15 |                                   |
   |      ALL ACTIONS                  |
16 |                                   |

17
18    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
19
20    PLEASE TAKE NOTICE that Defendant Amir Mashkoori hereby substitutes Lloyd
21 Winawer, Esq, e-mail address: lwinawer@goodwinprocter.com, of GOODWIN PROCTER
22 LLP, 135 Commonwealth Drive, Menlo Park, California 94025, Telephone: 650-752-3100,
23 Facsimile: 650-853-1038 in place and instead of Sarah A. Good of Howard Rice
24 Nemerovski Canady Falk & Rabkin, A Professional Corporation as his attorney of record in
25 the above-captioned action.
26
27
28

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

DATED: January 15, 2009.    AMIR MASHKOORI

By: _____/s/_____
AMIR MASHKOORI

DATED: January 15, 2009.    SARAH A. GOOD
JIN H. KIM
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: _____/s/_____
SARAH A. GOOD

DATED: January 15, 2009.    LLOYD WINAWER
GOODWIN PROCTER LLP

By: _____/s/_____
LLOYD WINAWER

I, SARAH A. GOOD, am the ECF User whose ID and password are being used to file this SUBSTITUTION OF COUNSEL FOR DEFENDANT AMIR MASHKOORI. In compliance with General Order 45, X.B., I hereby attest that AMIR MASHKOORI and LLOYD WINAWER have concurred in this filing.

DATED: January 15, 2009.

By: _____/s/_____
SARAH A. GOOD

**SO ORDERED.**

DATED: 1/26, 2009.

By: _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE