**E-Filed 3/6/09**

1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   AELISH M. BAIG (201279)
3  CHRISTOPHER M. WOOD (254908)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   swilliams@csgrr.com
6  abaig@csgrr.com
   cwood@csgrr.com                    BARROWAY TOPAZ KESSLER
7       – and –                          MELTZER & CHECK, LLP
   TRAVIS E. DOWNS III (148274)       ERIC L. ZAGAR 250519
8  BENNY C. GOODMAN III (211302)      ROBIN WINCHESTER
   655 West Broadway, Suite 1900      280 King of Prussia Road
9  San Diego, CA  92101               Radnor, PA  19087
   Telephone:  619/231-1058           Telephone:  610/667-7706
10 619/231-7423 (fax)                 610/667-7056 (fax)
   travisd@csgrr.com                  ezagar@btkmc.com
11 bgoodman@csgrr.com                 rwinchester@btkmc.com

12 Co-Lead Counsel for Plaintiffs

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | ) ) ) | Master File No. C06-3440-JF |
| 17 | | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS FROM THE SPECIAL LITIGATION COMMITTEE AND VACATING THE MAY 1, 2009 HEARING ON THE SPECIAL LITIGATION COMMITTEE'S MOTION TO TERMINATE |
| 18 | This Document Relates To: | ) ) | |
| 19 | ALL ACTIONS. | ) ) ) | |
| 20 | | | |

1    Plaintiffs and Trident Microsystems, Inc.'s Special Litigation Committee ("SLC") hereby
2    submit this stipulation and [proposed] order regarding briefing on the SLC's Motion to (A)
3    Terminate and Dismiss as to All Defendants Except Frank C. Lin and (B) Approve Settlements
4    ("Motion to Terminate").

5    WHEREAS, on or around November 10, 2008, the SLC provided plaintiffs with a draft of its
6    Report of the Special Litigation Committee of the Board of Directors of Trident Microsystems, Inc.;

7    WHEREAS, on December 12, 2008, plaintiffs sent the SLC a request for 14 discrete
8    categories of documents for production related to its investigation of stock options backdating
9    allegations in the above captioned action;

10   WHEREAS, on February 9, 2009, the SLC filed its Motion to Terminate;

11   WHEREAS, on February 9, 2009, Trident Microsystems, Inc. filed its Notice of Motion and
12   Motion to Stay Derivative Proceedings as to Defendant Frank Lin ("Motion to Stay");

13   WHEREAS, both the Motion to Terminate and the Motion to Stay are currently scheduled to
14   be heard on May 1, 2009;

15   WHEREAS, on February 27, 2009, the SLC provided a letter responding to plaintiffs'
16   December 12, 2008 request for the production of documents associated with the SLC's investigation,
17   objecting to several categories of information and agreeing to produce certain categories of other
18   information;

19   WHEREAS, the SLC has also asserted various privileges over documents that it is currently
20   refusing to produce in response to plaintiffs' December 12, 2008 requests;

21   WHEREAS, plaintiffs and the SLC agree that that the discovery issues arising from
22   plaintiffs' December 12, 2008 requests and the SLC's February 27, 2009 responses will have to be
23   resolved through motion practice;

24   WHEREAS, plaintiffs and the SLC have met and conferred and agree that the depositions of
25   the SLC members cannot go forward until the scope of production and the privilege assertions are
26   resolved;

27
28

1  WHEREAS, plaintiffs and the SLC agree that plaintiffs will not be in a position to
2  appropriately respond to the Motion to Terminate until the above-mentioned discovery issues are
3  resolved;

4  WHEREAS, plaintiffs and the SLC have met and conferred and agreed on a briefing
5  schedule for plaintiffs' Motion to Compel information from the SLC and vacating the May 1, 2009
6  hearing until a resolution of the Motion to Compel has been reached;

7  NOW THEREFORE, the parties agree as follows subject to approval of the Court:

8  1.  Plaintiffs shall file their Motion to Compel no later than March 11, 2009. **before Magistrate Judge Patricia V. Trumbull.**

9  2.  The SLC shall file its response to the Motion to Compel no later than March 28,
10  2009.

11  3.  Plaintiffs shall file their reply in support of the Motion to Compel no later than
12  April 7, 2009.  **Plaintiffs shall contact Judge Trumbull's chambers to schedule a hearing.**

13  4.  ~~The Court shall hear oral argument on the Motion to Compel on April 21, 2009 or at a~~
14  ~~time most convenient for the Court.~~

15  5.  The May 1, 2009 hearing on the Motion to Terminate and Motion to Stay shall be
16  vacated and the Court shall set a schedule for briefing of the Motion to Terminate and Motion to
17  Stay upon resolution of the Motion to Compel.

18  DATED:  March 5, 2009                     COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
19                                            SHAWN A. WILLIAMS
                                              AELISH M. BAIG
20                                            CHRISTOPHER M. WOOD

21

22                                                      /s/ Shawn A. Williams
                                                       SHAWN A. WILLIAMS
23
                                              100 Pine Street, Suite 2600
24                                            San Francisco, CA  94111
                                              Telephone:  415/288-4545
25                                            415/288-4534 (fax)

26

27

28

STIP & [PROPOSED] ORDER RE PLTFS' MOT TO COMPEL DOCS FROM THE SLC & VACATING
THE 5/1/09 HEARING ON THE SLC'S MOTION TO TERMINATE - C06-3440-JF          - 2 -

| | |
|---|---|
| | COUGHLIN STOIA GELLER<br>　RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>BARROWAY TOPAZ KESSLER<br>　MELTZER & CHECK, LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax)<br><br>Co-Lead Counsel for Plaintiffs |
| DATED:  March 5, 2009 | BINGHAM McCUTCHEN<br>JOHN D. PERNICK<br><br>　　　　　/s/ John D. Pernick　　　　　<br>　　　　JOHN D. PERNICK<br><br>Three Embarcadero Center<br>Suite 1800<br>San Francisco, CA  94111<br>Telephone:  415/393-2000<br>415/393-2286 (fax)<br><br>Attorneys for Trident Special Litigation Committee |

　　　I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Plaintiffs' Motion to Compel Documents from the Special Litigation Committee and Vacating the May 1, 2009 Hearing on the Special Litigation Committee's Motion to Terminate.  In compliance with General Order 45, X.B., I hereby attest that John D. Pernick has concurred in this filing.

| | |
|---|---|
| DATED:  March 5, 2009 | 　　　　　/s/ Shawn A. Williams　　　　　<br>　　　　SHAWN A. WILLIAMS |

| | |
|---|---|
| DATED: March 5, 2009 | DLA PIPER US LLP<br>SHIRLI FABBRI WEISS<br>DAVID F. GROSS |

                                                              /s/ David F. Gross
                                                             DAVID F. GROSS

                                              153 Townsend Street, Suite 800
                                              San Francisco, CA  94107
                                              Telephone:  415/836-2500
                                              415/836-2501 (fax)

                                              DLA PIPER US LLP
                                              DAVID PRIEBE
                                              2000 University Avenue
                                              East Palo Alto, CA  94303
                                              Telephone:  650/833-2000
                                              650/833-2001 (fax)

                                              Attorneys for Nominal Defendant Trident Microsystems Inc.

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Plaintiffs' Motion to Compel Documents from the Special Litigation Committee and Vacating the May 1, 2009 Hearing on the Special Litigation Committee's Motion to Terminate. In compliance with General Order 45, X.B., I hereby attest that David F. Gross has concurred in this filing.

DATED:  March 5, 2009                                   /s/ Shawn A. Williams
                                                             SHAWN A. WILLIAMS

*     *     *

**O R D E R**

IT IS SO ORDERED.

DATED:  3/6/09                                             _____
                                                           THE HONORABLE JEREMY FOGEL
                                                           UNITED STATES DISTRICT JUDGE

S:\CasesSD\Trident Derivative\S_O00057905.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2009.

    /s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:swilliams@csgrr.com

**Mailing Information for a Case 5:06-cv-03440-JF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com,alison.rousseau@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  david.gross@dlapiper.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,gsimmons@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@sbtklaw.com,der_filings@sbtklaw.com

- **Ann Carole Moorman**
  ann@acmoormanlaw.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **David Sidney Steuer**
  dsteuer@wsgr.com

- **Jason Takenouchi**
  jasontakenouchi@quinnemauel.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,bwilliams@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)