COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
cwood@csgrr.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
J. DANIEL ALBERT
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@btkmc.com
rwinchester@btkmc.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | Master File No. C06-3440-JF |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT (AS MODIFIED BY THE COURT) |

**E-Filed 10/14/2009**

1   WHEREAS, lead plaintiffs Viken Kalindjian and Gerald W. Keeney, nominal defendant

2   Trident Microsystems, Inc. ("Trident"), and a Special Litigation Committee of Trident's Board of

3   Directors (collectively, "the Parties") continue to participate in settlement discussions, and are in the

4   process of finalizing settlement agreements with certain of the defendants in this action;

5   WHEREAS, the Parties have agreed that the hearing scheduled for October 9, 2009 on

6   Trident's renewed Motion to Terminate and Approve Settlements as to all defendants other than Mr.

7   Lin should be taken off calendar;

8   WHEREAS, the Parties expect to file a Stipulation of Partial Settlement and Motion for

9   Preliminary Approval on October 13, 2009; and

10  WHEREAS, the Parties request that the Court set a hearing on the Motion for Preliminary

11  Approval on October 16, 2009.

12  THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

13  1.   The October 9, 2009 hearing date for the renewed Motion to Terminate and Approve

14  Settlements will be vacated. A hearing on the Parties Motion for Preliminary Approval shall be set
                      23
15  for October ~~16~~, 2009 at 9:00 a.m., or at such later date and time as the Court may order.

16  DATED: October 8, 2009          COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
17                                  SHAWN A. WILLIAMS
                                    CHRISTOPHER M. WOOD
18

19
                                            /s/
20                                  SHAWN A. WILLIAMS

21                                  100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
22                                  Telephone:  415/288-4545
                                    415/288-4534 (fax)
23
                                    COUGHLIN STOIA GELLER
24                                    RUDMAN & ROBBINS LLP
                                    TRAVIS E. DOWNS III
25                                  BENNY C. GOODMAN III
                                    655 West Broadway, Suite 1900
26                                  San Diego, CA  92101
                                    Telephone:  619/231-1058
27                                  619/231-7423 (fax)

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR
PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT - C06-3440-JF          - 1 -

1

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
J. DANIEL ALBERT
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  October 8, 2009        DLA PIPER US LLP
SHIRLI FABBRI WEISS
DAVID F. GROSS

                              /s/
                      DAVID F. GROSS

555 Mission Street, Suite 2400
San Francisco, CA  94105
Telephone:  415/836-2500
415/836-2501 (fax)

DLA PIPER US LLP
DAVID PRIEBE
2000 University Avenue
East Palo Alto, CA  94303
Telephone:  650/833-2000
650/833-2001 (fax)

Attorneys for Nominal Defendant Trident
Microsystems, Inc.

DATED:  October 8, 2009        BINGHAM MCCUTCHEN LLP
JOHN D. PERNICK

                              /s/
                      JOHN D. PERNICK

| | |
|---|---|
| 1 | |
| 2 | Three Embarcadero Center<br>Suite 1800 |
| 3 | San Francisco, CA 94111<br>Telephone: 415/393-2000 |
| 4 | 415/393-2286 (fax) |
| 5 | Attorneys for The Special Litigation Committee<br>of the Board of Directors of Trident |
| 6 | Microsystems, Inc. |
| 7 | |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Motion for Preliminary Approval of Partial Settlement. In compliance with General Order 45, X.B., I hereby attest that David F. Gross and John D. Pernick have concurred in this filing.

DATED: October 8, 2009                                      /s/
                                                    SHAWN A. WILLIAMS

                                    *       *       *

                                **O R D E R**

        IT IS SO ORDERED.

DATED: __10/13/2009_____                  _____
                                            THE HONORABLE JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

S:\CasesSD\Trident Derivative\S_O00062243.doc

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on October 8, 2009. |
| 9 | |
| 10 | /s/<br>SHAWN A. WILLIAMS |
| 11 | COUGHLIN STOIA GELLER |
| 12 | RUDMAN & ROBBINS LLP<br>100 Pine Street, 26th Floor |
| 13 | San Francisco, CA 94111<br>Telephone: 415/288-4545 |
| 14 | 415/288-4534 (fax)<br>E-mail: shawnw@csgrr.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## Mailing Information for a Case 5:06-cv-03440-JF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com,alison.rousseau@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  david.gross@dlapiper.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,emtofelogo@be-law.com

- **Jin H. Kim**
  jkim@hrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **James Arthur Maro**
  jmaro@btkmc.com,der_filings@sbtklaw.com

- **Ann Carole Moorman**
  ann@acmoormanlaw.com,ss.acmlaw@gmail.com,moormanac@aol.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **David Sidney Steuer**
  dsteuer@wsgr.com

- **Jason Takenouchi**
  jasontakenouchi@quinnemauel.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,bwilliams@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Christopher Martin Wood**
  cwood@csgrr.com,aserros@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com

- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Daniel Albert
Barroway Topaz Kessler Maltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```