**E-Filed 2/3/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | LEAD CASE NO. C06-3440-JF<br><br>[PROPOSED] **AMENDED ORDER PRELIMINARILY APPROVING PARTIAL DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE** |

WHEREAS, the Settling Parties have made application, pursuant to Federal Rule of Civil Procedure 23.1, for an order (i) preliminarily approving the proposed settlement (the "Settlement") of the above-captioned shareholder derivative action (the "Federal Derivative Action") and the related derivative action pending in the Superior Court of the State of California for the County of Santa Clara entitled *Limke v. Lin, et al.*, No. 1:07-cv-080390 (the "State Derivative Action") (collectively, the "Derivative Actions"), in accordance with a Stipulation of Partial Settlement, dated October 20, 2009, and the Exhibits thereto (the "Stipulation"), and (ii) approving for distribution of the Notice of Partial Derivative Settlement (the "Notice");

WHEREAS, the Stipulation sets forth the terms and conditions of the Settlement;

WHEREAS, the Settlement appears to be the product of serious, informed, non-collusive negotiations and falls within the range of possible approval;

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein); and

WHEREAS, this Court, having considered the Stipulation and the Exhibits annexed thereto and having heard the arguments of the Settling Parties at the preliminary approval hearing:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. This Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the terms of the Settlement set forth therein.

2. A hearing (the "Settlement Hearing") shall be held before this Court on March 26, 2010 at 9:00 a.m. in Courtroom 3, 5th Floor, United States District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113, to determine whether:

    (a) the terms and conditions of the Settlement provided for in the Stipulation are fair, reasonable, adequate, and in the best interests of Trident and current Trident shareholders; and

    (b) an order and judgment as provided for in ¶1.9 of the Stipulation should be entered.

3. The Court approves, as to form and content, the Notice annexed as Exhibit A-1 hereto, and finds that the filing of the Stipulation and publication of the Notice substantially in the manner and form set forth in ¶4.2 of the Stipulation, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto of all matters relating to the Settlement.

4. Not later than ten (10) business days following entry of this Order, Trident shall cause the Stipulation and the Notice, substantially in the form annexed as Exhibit A-1 hereto, to be

DLA Piper LLP (US)

WEST\21873155.1      [PROPOSED] AMENDED ORDER APPROVING PARTIAL DERIVATIVE SETTLEMENT (CASE NO. C 06-3440-JF)

published on its website, such that visitors to the website home page will readily find a hyperlink to the Notice.

5. Not later than ten (10) business days following entry of this Order, Trident shall cause a copy of the Stipulation to be filed with the Securities and Exchange Commission via a Form 8-K.

6. Not later than ten (10) business days following entry of this Order, Trident shall cause a copy of the Notice, substantially in the form annexed as Exhibit A-1 hereto, to be published once in *Investor's Business Daily*.

7. All costs incurred in the filing of the Stipulation and publication of the Notice shall be paid by Trident and Trident shall undertake all administrative responsibility for filing the Stipulation and publication of the Notice.

8. At least fourteen (14) calendar days prior to the Settlement Hearing, Trident's counsel shall serve on Federal Co-Lead Counsel and file with the Court proof, by affidavit or declaration, of such filing of the Stipulation and publication of the Notice.

9. All current Trident shareholders shall be bound by all orders, determinations, and judgments in the Federal Derivative Action concerning the Settlement, whether favorable or unfavorable to current Trident shareholders.

10. Pending final determination of whether the Settlement should be approved, no current Trident shareholder shall commence or prosecute against any of the Individual Settling Defendants or their Related Persons any action or proceeding in any court or tribunal asserting any of the Released Claims.

11. All papers in support of the Settlement shall be filed with the Court and served at least seven (7) calendar days prior to the Settlement Hearing.

12. Any current record holders and beneficial owners of common stock of Trident as of March 26, 2010 may appear and show cause, if he, she or it has any reason why the terms of the Settlement should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon, provided, however, unless otherwise ordered by the Court, no current Trident shareholder shall be heard or entitled to contest the approval of all or any of the terms and

conditions of the Settlement, or, if approved, the Federal Judgment to be entered thereon approving the same, unless that Person has, at least fourteen (14) days prior to the Settlement Hearing, filed with the Clerk of the Court at the address listed below and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof:

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
280 South First Street
San Jose, CA 95113

*Counsel for Federal Plaintiffs*

Jeffrey D. Light
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

Robin Winchester
BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for State Plaintiff*

Marc M. Umeda
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101

*Counsel for Trident by Its Special Litigation Committee*

John D. Pernick
BINGHAM McCUTCHEN LLP
Three Embarcadero Center, Suite 1800
San Francisco, CA 94111-4066

Any current Trident shareholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement as incorporated in the Stipulation, unless otherwise ordered by the Court, but shall otherwise be bound by the Federal Judgment to be entered and the releases to be given.

13.  The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to current Trident shareholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to current Trident shareholders.

IT IS SO ORDERED.

DATED: 2/2/2010

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

SHIRLI FABBRI WEISS
DAVID F. GROSS
DAVID PRIEBE
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
Tel.:  (650) 833-2000
Fax:  (650) 833-2001

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2010.

/s/
DAVID F. GROSS
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.: (415) 836-2562
Fax: (415) 836-2501
Email: david.gross@dlapiper.com

# Mailing Information for a Case 5:06-cv-03440-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Grimes Allen**
  Thomas.Allen@pillsburylaw.com,alison.rousseau@pillsburylaw.com

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **David F. Gross**
  david.gross@dlapiper.com

- **Hway-Ling Hsu**
  hhsu@be-law.com,emtofelogo@be-law.com

- **Jin H. Kim**
  jkim@hrice.com,jcaruso@howardrice.com

- **Charles J. Landy**
  charles.landy@pillsburylaw.com

- **Jeffrey David Light**
  jeffl@csgrr.com

- **James Arthur Maro**
  jmaro@btkmc.com,der_filings@sbtklaw.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Ann Carole Moorman**
  ann@acmoormanlaw.com,ss.acmlaw@gmail.com,moormanac@aol.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **David Sidney Steuer**
  dsteuer@wsgr.com

- **Jason Takenouchi**
  jasontakenouchi@quinnemauel.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,khuang@csgrr.com,e_file_sf@csg

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,bwilliams@goodwinprocter.cc

- **Christopher Martin Wood**
  cwood@csgrr.com,aserros@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com

- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com,dalbe

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Daniel Albert
Barroway Topaz Kessler Maltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Blake Edward Williams
Goodwin Procter LLP
Three Embarcadero Center, 24th floor
San Francisco, CA 94111
```

| | |
|---|---|
| 1 | SHIRLI FABBRI WEISS (Bar No. 079225) |
| | shirli.weiss@dlapiper.com |
| 2 | DAVID F. GROSS (Bar No. 083547) |
| | david.gross@dlapiper.com |
| 3 | DAVID PRIEBE (Bar No. 148679) |
| | david.priebe@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 5 | East Palo Alto, CA 94303 |
| | Telephone: (650) 833-2000 |
| 6 | Facsimile: (650) 833-2001 |
| 7 | Attorneys for Nominal Defendant |
| | TRIDENT MICROSYSTEMS, INC. |
| 8 | |
| 9 | JOHN D. PERNICK (Bar No. 155468) |
| | john.pernick@bingham.com |
| | **BINGHAM MCCUTCHEN LLP** |
| 10 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 11 | Telephone: (415) 393-2544 |
| | Facsimile: (415) 262-9203 |
| 12 | |
| 13 | Attorneys for THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF TRIDENT MICROSYSTEMS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | LEAD CASE NO. C06-3440-JF<br><br>**NOTICE OF PARTIAL DERIVATIVE SETTLEMENT**<br><br>**EXHIBIT A-1** |

**TO: ALL CURRENT RECORD HOLDERS AND BENEFICIAL OWNERS OF THE COMMON STOCK OF TRIDENT MICROSYSTEMS, INC. ("TRIDENT" OR THE "COMPANY") AS OF JANUARY 31, 2010**

PLEASE TAKE NOTICE that the above-captioned shareholder derivative litigation (the "Litigation"), as well as the action in Santa Clara Superior Court entitled *Limke v. Lin, et al.*, Santa Clara Superior Court Case No. 1:07cv080390 (collectively, the "Derivative Actions"), are being

settled with Glen Antle, Jung-Herng Chang, Shyur-Jen Paul Chien, Yasushi Chikagami, Charles Dickerson, John S. Edmunds, Richard Hegberg, Peter Jen, James Lindstrom, Gerry Liu, Leonard Liu, John Luke, Amir Mashkoori, Millard Phelps, W. Steven Rowe, and Richard Silverman on the terms set forth in a Stipulation of Partial Settlement dated October 20, 2009 (the "Stipulation").[1] The terms of the settlement set forth in the Stipulation (the "Settlement") include: (1) cash payments by certain Trident officers totaling $1,744,909; (2) the waiver by certain Trident officers to claims against the Company with a value of $2,232,847.97 as determined by the SLC; and (3) Trident's payment of Plaintiffs' Counsel's expenses in the amount of $750,000.

IF YOU ARE A CURRENT OWNER OF TRIDENT COMMON STOCK, YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THE LITIGATION.

On March 26, 2010, at 9:00 a.m., a hearing (the "Settlement Hearing") will be held before the United States District Court for the Northern District of California, San Jose Division, Robert F. Peckham Federal Building and United States Courthouse, 280 South First Street, San Jose, CA 95113, to determine: (1) whether the terms of the Settlement should be approved as fair, reasonable, and adequate; and (2) whether the Derivative Actions should be dismissed on the merits and with prejudice.

Any shareholder of Trident that objects to the Settlement of the Derivative Actions shall have a right to appear and to be heard at the Settlement Hearing, provided that he, she, or it is a shareholder of record or beneficial owner as of March 26, 2010. Any shareholder of Trident who satisfies this requirement may enter an appearance through counsel of such shareholder's own choosing and at such shareholder's own expense or may appear on their own. However, no shareholder of Trident shall be heard at the Settlement Hearing unless no later than fourteen (14) days prior to the date of the Settlement Hearing, such shareholder has filed with the Court and delivered to Plaintiffs' Counsel and the Special Litigation Committee's counsel, a written notice

---

[1] This Notice should be read in conjunction with, and is qualified in its entirety by reference to, the text of the Stipulation, which has been filed with the Federal Court and on a Form 8K filed with the Securities and Exchange Commission. The Stipulation can also be viewed at www.tridentmicro.com. All capitalized terms herein have the same meanings as set forth in the Stipulation.

of objection, their ground for opposing the Settlement, and proof of both their status as a shareholder and the dates of stock ownership in Trident. Only shareholders who have filed and delivered valid and timely written notices of objection will be entitled to be heard at the Settlement Hearing unless the Court orders otherwise.

If you wish to object to the Settlement, you must file a written objection setting forth the grounds for such an objection with the Court at the address below on or before March 12, 2010, with service on the following parties on or before March 12, 2010:

    Clerk of the Court
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    SAN JOSE DIVISION
    280 South First Street
    San Jose, CA 95113

***Counsel for Federal Plaintiffs***

    Jeffrey D. Light
    COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301

    Robin Winchester
    BARROWAY TOPAZ KESSLER
      MELTZER & CHECK, LLP
    280 King of Prussia Road
    Radnor, PA 19087

***Counsel for State Plaintiff***

    Marc M. Umeda
    ATTN: Client Relations Department
    ROBBINS UMEDA LLP
    600 B Street, Suite 1900
    San Diego, CA 92101

***Counsel for Trident by Its Special Litigation Committee***

    John D. Pernick
    BINGHAM McCUTCHEN LLP
    Three Embarcadero Center, Suite 1800
    San Francisco, CA 94111-4066

Inquiries may be made to Plaintiffs' Counsel: Rick Nelson, c/o Shareholder Relations, Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101; telephone 619-231-1058.

DATED: _____, 2010  _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE