Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax: 650.853.1038

*Attorneys for Defendants* Shyur-Jen Paul Chien, Charles Dickinson, Richard Hegberg, James Lindstrom, Gerry Liu, Amir Mashkoori, W. Steven Rowe, and Richard Silverman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION,<br><br>This document relates to: ALL ACTIONS. | Case No. C 06-3440 JF<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge:   Jeremy Fogel |

**Case No. C 06-3440 JF**

1   PLEASE TAKE NOTICE, that Blake Edward Williams, an attorney for Shyur-Jen Paul Chien, Charles Dickinson, Richard Hegberg, James Lindstrom, Gerry Liu, Amir Mashkoori, W. Steven Rowe, and Richard Silverman, defendants in the above-titled action, is no longer associated with this case.

Dated: February 10, 2010                    Respectfully submitted,

                                            By: /s/ Lloyd Winawer
                                                Lloyd Winawer
                                                lwinawer@goodwinprocter.com
                                                **GOODWIN PROCTER LLP**
                                                135 Commonwealth Drive
                                                Menlo Park, California  94025-1105
                                                Tel.:  650.752.3100
                                                Fax:  650.853.1038

                                            *Attorneys for Defendants* Shyur-Jen Paul Chien, Charles Dickinson, Richard Hegberg, James Lindstrom, Gerry Liu, Amir Mashkoori, W. Steven Rowe, and Richard Silverman

## PROOF OF SERVICE

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 10th day of February, 2010.

　/s/ Lloyd Winawer
Lloyd Winawer