SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
DAVID F. GROSS (Bar No. 083547)
david.gross@dlapiper.com
DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone:  (650) 833-2000
Facsimile:  (650) 833-2001

Attorneys for Nominal Defendant
TRIDENT MICROSYSTEMS, INC.

JOHN D. PERNICK (Bar No. 155468)
john.pernick@bingham.com
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2544
Facsimile:  (415) 262-9203

Attorneys for THE SPECIAL LITIGATION
COMMITTEE OF THE BOARD OF DIRECTORS
OF TRIDENT MICROSYSTEMS, INC.

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | LEAD CASE NO.  C06-3440-JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR TRIDENT MICROSYSTEMS TO RESPOND TO DEFENDANT FRANK LIN'S COUNTERCLAIMS** |

DLA Piper LLP (US)
San Francisco

WEST\22063730.1          STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND
TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)

**STIPULATION**

WHEREAS, individual defendant Frank Lin ("Mr. Lin"), nominal defendant Trident Microsystems, Inc. ("Trident"), and a Special Litigation Committee of Trident's Board of Directors (the "SLC") (collectively, "the Parties") continue to participate in settlement discussions, and are currently scheduled to attend a further mediation before the Honorable Howard Weiner on July 13, 2010, to attempt to reach a full resolution of this matter;

WHEREAS, under the Federal Rules of Civil Procedure, the deadline for Trident to respond to Mr. Lin's Counterclaims, filed June 8, 2010, would otherwise be June 29, 2010.

WHEREAS, the Parties have agreed that the deadline for Trident to respond to Mr. Lin's Counterclaims should be extended until 30 days after the July 13, 2010 mediation in order to permit the Parties to pursue a full resolution of this matter, without incurring additional costs;

THEREFORE, IT IS STIPULATED AND AGREED PURSUANT TO LOCAL RULE 6-1(a) AS FOLLOWS:

The deadline for Trident to answer or otherwise respond to Mr. Lin's Counterclaims is extended to August 12, 2010.

Dated:  June 28, 2010         **DLA PIPER LLP (US)**

                              By:    /s/
                                  DAVID F. GROSS
                                  Attorneys for Nominal Defendant
                                  TRIDENT MICROSYSTEMS, INC.

Dated:  June 28, 2010         **BINGHAM MCCUTCHEN LLP**

                              By:    /s/
                                  JOHN D. PERNICK
                                  Attorneys for THE SPECIAL LITIGATION
                                  COMMITTEE OF THE BOARD OF DIRECTORS
                                  OF TRIDENT MICROSYSTEMS, INC.

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\22063730.1

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)

Dated: June 28, 2010

**SHEARMAN & STERLING LLP**

By: /s/
PATRICK ROBBINS
Attorneys for Defendant FRANK LIN

I, DAVID F. GROSS, am the ECF User whose ID and password are being used to file this <u>Stipulation and [Proposed] Order Extending Deadline for Trident Microsystems to Respond to Defendant Frank Lin's Counterclaims</u>. In compliance with General Order 45, X.B., I hereby attest that PATRICK ROBBINS and JOHN D. PERNICK have concurred in this filing.

DATED: June 28, 2010

By: /s/
DAVID F. GROSS

**ORDER**

**IT IS SO ORDERED.**

DATED: 6/30/10

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

DLA Piper LLP (US)
San Francisco

WEST\22063730.1

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)