**E-Filed 8/20/2010**

1  Jeffrey S. Facter (State Bar No. 123817)
   Patrick D. Robbins (State Bar No. 152288)
2  Justin S. Chang (State Bar No. 205925)
   Mikael A. Abye (State Bar No. 233458)
3  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
4  San Francisco, CA 94105-2723
   Telephone:   (415) 616-1100
5  Facsimile:   (415) 616-1199
   Email: jfacter@shearman.com
6          probbins@shearman.com
           jchang@shearman.com
7          mabye@shearman.com

8  Attorneys for Defendant Frank C. Lin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION | Case No.:  C 06-3440-JF |
| This Document Relates to:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT FRANK LIN'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED VERIFIED SHAREHOLDER COMPLAINT AND SETTING DATE FOR RESPONSE OF DEFENDANT TRIDENT MICROSYSTEMS, INC. TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT LIN'S COUNTERCLAIM |

STIP TO SET BRIEFING
SCHED. FOR RESPONSE TO SAC

CASE NO.:  C 06-3440-JF
289460

1  WHEREAS, on May 28, 2010, during a status conference in this matter, the Court set a hearing for October 29, 2010 at 9:00 a.m. for defendant Frank Lin's anticipated motion to dismiss plaintiffs' amended complaint;

WHEREAS, on July 1, 2010, plaintiffs filed a Second Amended Consolidated Verified Shareholder Complaint ("SAC");

WHEREAS, plaintiffs and Mr. Lin, through their counsel have conferred and agreed to a briefing schedule concerning Mr. Lin's motion to dismiss the SAC;

WHEREAS, Mr. Lin and nominal defendant Trident Microsystems, Inc. ("Trident"), through their counsel and in light of ongoing mediation with the Honorable Justice Howard B. Weiner (ret.), have conferred and agreed to a response date to the counterclaim filed by Mr. Lin against Trident;

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Mr. Lin shall file his motion to dismiss the SAC on or before September 1, 2010;

2. Plaintiffs shall file their brief in opposition to Mr. Lin's motion to dismiss on or before October 1, 2010;

3. Mr. Lin shall file his reply brief in support of his motion to dismiss on or before October 22, 2010; and

4. The hearing for Mr. Lin's motion to dismiss the SAC shall be on November 5, 2010 at 9:00 a.m.

5. Any responsive pleading by Trident to the SAC shall be filed on or before September 1, 2010.  If such pleading is filed, and it is a motion brought under Rule 12 of the Federal Rules of Civil Procedure, such motion shall be briefed and heard on the same schedule as set forth above for Mr. Lin's motion.

6. Any responsive pleading by Trident to the counterclaim of Mr. Lin shall be filed on or before September 1, 2010.   If such pleading is filed, and it is a motion brought under Rule 12 of the Federal Rules of Civil Procedure, such motion shall be briefed and heard on the

///

1  same schedule as set forth above for Mr. Lin's motion.

2

3  Dated: August 18, 2010                SHEARMAN & STERLING LLP

4
                                         By:  _____/s/_____
5                                                 Mikael A. Abye

6                                        Attorneys for Defendant Frank C. Lin

7
   Dated: August 18, 2010                DLA PIPER LLP (US)
8

9                                        By:  _____/s/_____
                                                  Nate McKitterick
10
                                         Attorneys for Nominal Defendant Trident
11                                       Microsystems, Inc.

12

13 Dated: August 18, 2010                ROBBINS GELLER RUDMAN & DOWD LLP

14
                                         By:  _____/s/_____
15                                              Christopher M. Wood

16
                                         BARROWAY TOPAZ KESSLER
17                                           MELTZER & CHECK, LLP

18
                                         By:  _____/s/_____
19                                               Robin Winchester

20                                       Co-Lead Counsel for Plaintiffs

21

22                                       **ORDER**

23           PURSUANT TO STIPULATION, IT IS SO ORDERED,

24
          8/20/2010
25 Dated: _____           _____
                                         The Honorable Jeremy Fogel
26                                       United States District Judge

27

28

---

STIP TO SET BRIEFING                   2              CASE NO.:  C 06-3440-JF
SCHED. FOR RESPONSE TO SAC                                            289460

1                                   ATTESTATION PURSUANT TO GENERAL ORDER 45

2         I, Mikael A. Abye, am the ECF User whose ID and password are being used to file this

3 Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that

4 Nate McKitterick, Christopher M. Wood, and Robin Winchester have concurred in this filing.

7 DATED:  August 18, 2010                     By:               /s/
                                                                Mikael A. Abye