DAVID F. GROSS, Bar No. 83547
david.gross@dlapiper.com
NATE MCKITTERICK, Bar No. 171889
nate.mckitterick@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Nominal Defendant
TRIDENT MICROSYSTEMS, INC.

**E-Filed 9/2/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS<br><br>FRANK LIN,<br>      Counterclaimant,<br> v.<br>TRIDENT MICROSYSTEMS, INC. and DOES 1-25,<br>      Counterdefendants. | Case No.: C 06-3440-JF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND NOMINAL DEFENDANT TRIDENT MICROSYSTEMS, INC.'S TIME TO RESPOND TO FRANK LIN'S COUNTERCLAIMS |

1    WHEREAS, on June 8, 2010, Defendant Frank Lin filed Counterclaims of Frank Lin Against Nominal Defendant and Real Party in Interest Trident Microsystems, Inc. and Does 1-25 for: Breach of Contract; Breach of the Implied Covenant of Good Faith and Fair Dealing; Conversion; Intentional Interference with Prospective Economic Advantage; Unjust Enrichment; Fraud; Violation of California Labor Code § 201; and Violation of California Business and Professions Code § 17200, et seq. ("Counterclaims") against Trident Microsystems, Inc. ("Trident");

WHEREAS, Trident's responsive pleading to Mr. Lin's Counterclaims is currently due on September 1, 2010;

WHEREAS, Trident and Mr. Lin have reached an agreement in principle to settle the Counterclaims, and are now preparing final settlement documents;

WHEREAS, Trident and Mr. Lin, through their counsel, have agreed to a sixty days extension of time for Trident to file its responsive pleading to Mr. Lin's Counterclaims until and including October 29, 2010 so that such settlement can be finalized;

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

Trident shall have an extension of time to file its responsive pleading to Mr. Lin's Counterclaims until and including October 29, 2010.

Dated: August 27, 2010                SHEARMAN & STERLING LLP

                                      By: _____/s/_____
                                           Justin S. Chang

                                      Attorneys for Defendant Frank C. Lin


Dated: August 27, 2010                DLA PIPER LLP (US)

                                      By: _____/s/_____
                                           Nate McKitterick

                                      Attorneys for Nominal Defendant Trident Microsystems, Inc.

**ORDER**

It is so ORDERED.

Dated: 9/2/2010

The Honorable Jeremy Fogel
United States District Judge

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | I, Nate McKitterick, am the ECF User whose ID and password are being used to file this |
| 3 | Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest |
| 4 | that Justin S. Chang has concurred in this filing. |

DATED: August 27, 2010      By: _____/s/_____
                                  Nate McKitterick