Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Justin S. Chang (State Bar No. 205925)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone:    (415) 616-1100
Facsimile:     (415) 616-1199
Email: jfacter@shearman.com
          probbins@shearman.com
          jchang@shearman.com
          mabye@shearman.com

Attorneys for Defendant Frank C. Lin

**E-Filed 9/27/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION | Case No.: C 06-3440-JF |
| This Document Relates to:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED VERIFIED SHAREHOLDER COMPLAINT |

WHEREAS, on July 1, 2010, plaintiffs filed a Second Amended Consolidated Verified Shareholder Complaint ("SAC");

WHEREAS, on September 1, 2010, defendant Frank Lin and nominal defendant Trident Microsystems, Inc. filed motions to dismiss the SAC according to a briefing schedule agreed to by stipulation among the parties and ordered by the Court on August 20, 2010;

WHEREAS, the parties have agreed to engage in a mediation session with the Honorable Justice Howard B. Weiner (ret.) in an attempt to resolve the disputes at issue in this action;

WHEREAS, the parties agree that an extension of the current briefing schedule concerning the motions to dismiss would be beneficial to their efforts to resolve their disputes and conserve judicial resources;

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs' deadline to file their brief in opposition to the motions to dismiss shall be extended to October 15, 2010;

3. Mr. Lin's and Trident Microsystem's deadline to file their reply briefs in support of their motions to dismiss shall be extended to November 5, 2010; and

4. The hearing for the motion to dismiss the SAC shall be on December 3, 2010 at 9:00 a.m.

Dated: September 24, 2010    SHEARMAN & STERLING LLP

By: _____/s/_____
           Justin S. Chang

Attorneys for Defendant Frank C. Lin

Dated: September 24, 2010    DLA PIPER LLP (US)

By: _____/s/_____
           Nate McKitterick

Attorneys for Nominal Defendant Trident Microsystems, Inc.

| | | |
|---|---|---|
| 1 | Dated: September 24, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | |
| 3 | | By: /s/ Travis Downs |
| 4 | | |
| 5 | | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| 6 | | |
| 7 | | By: /s/ Robin Winchester |
| 8 | | Co-Lead Counsel for Plaintiffs |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 9/27/2010

The Honorable Jeremy Fogel
United States District Judge

1                        ATTESTATION PURSUANT TO GENERAL ORDER 45

2        I, Justin S. Chang, am the ECF User whose ID and password are being used to file this

3 Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that

4 Nate McKitterick, Travis Downs, and Robin Winchester have concurred in this filing.

7 DATED: September 24, 2010                     By:         /s/
                                                                                 Justin S. Chang