\*\*E-Filed 10/13/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION. | Case Number 5:06-cv-03440-JF/PVT<br><br>ORDER SETTING BRIEFING SCHEDULE |

On October 12, 2010, Plaintiffs filed a motion to stay litigation of Defendants' motions to dismiss pending disposition of Plaintiffs' motion for sanctions. Defendants shall file any opposition to the motion to stay on or before 12:00 p.m. on October 15, 2010. The matter thereafter will be decided without oral argument.

Plaintiffs' obligation to oppose the motions to dismiss is suspended pending disposition of the motion to stay.

IT IS SO ORDERED.

DATED: 10/13/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:06-cv-03440-JF/PVT
ORDER SETTING BRIEFING SCHEDULE
(JFLC2)