**E-Filed 10/15/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION. | Case Number 5:06-cv-03440-JF/PVT<br><br>ORDER DENYING PLAINTIFFS' MOTION TO STAY |

Plaintiffs' motion to stay is DENIED.  The motions to dismiss and the motion for sanctions remain set for hearing on December 3, 2010.

Any oppositions or supplemental oppositions to either set of motions shall be filed on or before October 22, 2010.  Any replies shall be filed on or before October 29, 2010.

IT IS SO ORDERED.

DATED: 10/15/2010

_____
JEREMY FOGEL
United States District Judge