**E-Filed 10/20/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION. | Case Number 5:06-cv-03440-JF/PVT<br><br>ORDER REVISING BRIEFING SCHEDULE RE PENDING MOTIONS |

On October 15, 2010, the Court inadvertently set a truncated briefing schedule for pending motions that are set for hearing on December 3, 2010.  The Court had intended to set a briefing schedule consistent with the Civil Local Rules in light of the December 3 hearing date. Accordingly, the Court hereby REVISES the briefing schedule on the motions to dismiss and the motion for sanctions as follows:  any oppositions or supplemental oppositions shall be filed on or before November 12, 2010, and any replies shall be filed on or before November 19, 2010.

IT IS SO ORDERED.

DATED:  10/20/2010

_____
JEREMY FOGEL
United States District Judge