**E-Filed 10/25/2010**

1  SHIRLI FABBRI WEISS (Bar No. 079225)
   shirli.weiss@dlapiper.com
2  DAVID F. GROSS (Bar No. 083547)
   david.gross@dlapiper.com
3  NATE MCKITTERICK (Bar No. 171889)
   david.priebe@dlapiper.com
4  **DLA PIPER LLP (US)**
   2000 University Avenue
5  East Palo Alto, CA 94303
   Telephone:  (650) 833-2000
6  Facsimile:  (650) 833-2001

7  Attorneys for Nominal Defendant
   TRIDENT MICROSYSTEMS, INC.
8
   JOHN D. PERNICK (Bar No. 155468)
9  john.pernick@bingham.com
   **BINGHAM MCCUTCHEN LLP**
10 Three Embarcadero Center
   San Francisco, CA  94111-4067
11 Telephone: (415) 393-2544
   Facsimile: (415) 262-9203
12
   Attorneys for THE SPECIAL LITIGATION
13 COMMITTEE OF THE BOARD OF DIRECTORS
   OF TRIDENT MICROSYSTEMS, INC.
14

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

| IN RE TRIDENT MICROSYSTEMS, INC. DERIVATIVE LITIGATION | LEAD CASE NO.  C06-3440-JF |
|---|---|
| _____ | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR TRIDENT MICROSYSTEMS TO RESPOND TO DEFENDANT FRANK LIN'S COUNTERCLAIMS** |
| This Document Relates to: | |
| ALL ACTIONS. | |

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\222635671.1    STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND
                    TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)

**STIPULATION**

WHEREAS, individual defendant Frank Lin ("Mr. Lin") has filed a Motion to Dismiss the Plaintiffs' complaint (without leave to amend) against him in this action, which is set for hearing on December 3, 2010;

WHEREAS, nominal defendant Trident Microsystems, Inc. ("Trident") has also filed a Motion to Dismiss the complaint (with leave to amend), which is also set for hearing on December 3, 2010;

WHEREAS, pursuant to a stipulation and Order, the current date for Trident's response to Mr. Lin's counterclaims, filed on June 8, 2010, is October 29, 2010.  The parties continue to mediate the entire matter through Justice Wiener;

WHEREAS, in the interests of conservation of the resources of the Court and parties, Mr. Lin and Trident have agreed that the deadline for Trident to respond to Mr. Lin's Counterclaims should be extended until 14 days after the entry of orders pursuant to the Court's ruling on Mr. Lin's Motion to Dismiss and Trident's Motion to Dismiss, in order to permit the parties to most efficiently pursue resolution of the pleadings in this case;

THEREFORE, IT IS STIPULATED AND AGREED PURSUANT TO LOCAL RULE 6-1(a) AS FOLLOWS:

The deadline for Trident to answer or otherwise respond to Mr. Lin's Counterclaims is extended to 14 calendar days after the entry of orders pursuant to the Court's ruling on Mr. Lin's Motion to Dismiss and Trident's Motion to Dismiss, which are currently set for hearing on December 3, 2010.

Dated:  October 22, 2010         **DLA PIPER LLP (US)**

By:  _____/s/_____
     NATE MCKITTERICK
     Attorneys for Nominal Defendant
     TRIDENT MICROSYSTEMS, INC.

DLA Piper LLP (US)
San Francisco

WEST\222635671.1
-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)

1  Dated: October 22, 2010               **SHEARMAN & STERLING LLP**

2
                                         By:  _____/s/_____
3                                              PATRICK ROBBINS
                                               Attorneys for Defendant FRANK LIN
4

5

6

7
    I, NATE MCKITTERICK, am the ECF User whose ID and password are being used to
8
file this Stipulation and [Proposed] Order Extending Deadline for Trident Microsystems to Respond to
9
Defendant Frank Lin's Counterclaims.  In compliance with General Order 45, X.B., I hereby attest
10
that PATRICK ROBBINS has concurred in this filing.
11
DATED: October 22, 2010
12
                                         By:  _____/s/_____
13                                              NATE MCKITTERICK

14

15

16
                                         **ORDER**
17
    **IT IS SO ORDERED.**
18
    DATED:  __10/25/2010_____          _____
19                                            THE HONORABLE JEREMY FOGEL
20                                            UNITED STATES DISTRICT JUDGE

-3-

WEST\222635671.1    STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND
                    TO DEFENDANT LIN'S COUNTERCLAIMS (CASE NO. C06-3440-JF)

DLA Piper LLP (US)
San Francisco