**E-Filed 2/17/2011**

1 | **BARROWAY TOPAZ KESSLER**           **ROBBINS GELLER**
  |   **MELTZER & CHECK, LLP**            **RUDMAN & DOWD LLP**
2 | ERIC L. ZAGAR (250519)                 SHAWN A. WILLIAMS (213113)
  | ROBIN WINCHESTER                       CHRISTOPHER M. WOOD (254908)
3 | LIGAYA T. HERNANDEZ                    Post Montgomery Center
  | 280 King of Prussia Road               One Montgomery Street, Suite 1800
4 | Radnor, PA  19087                      San Francisco, CA  94104
  | Telephone:  (610) 667-7706             Telephone:  (415) 288-4545
5 | Fax:  (267) 948-2512                   Fax:  (415) 288-4534
  | ezagar@btkmc.com                       shawnw@rgrdlaw.com
6 | rwinchester@btkmc.com                  cwood@rgrdlaw.com
  | lhernandez@btkmc.com
7 |                                        – and –

8 |                                        TRAVIS E. DOWNS III (148274)
  |                                        JEFFREY D. LIGHT
9 |                                        BENNY C. GOODMAN III (211302)
  |                                        655 West Broadway, Suite 1900
10|                                        San Diego, CA  92101
  |                                        Telephone:  (619) 231-1058
11|                                        Fax:  (619) 231-7423
  | ***Co-Lead Counsel for Plaintiffs***   travisd@rgrdlaw.com
12|                                        jeffl@rgrdlaw.com
  |                                        bennyg@rgrdlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TRIDENT MICROSYSTEMS, INC., DERIVATIVE LITIGATION | ) ) ) | Master File No. C06-3440-JF |
| This Document Relates To: | ) ) ) ) | [~~PROPOSED~~] ORDER PRELIMINARY APPROVING DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE |
| ALL ACTIONS. | ) ) ) ) ) | EXHIBIT A |

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE
MASTER FILE NO. C06-3440-JF

1    WHEREAS, the Settling Parties have made application, pursuant to Federal Rule of Civil

2    Procedure 23.1, for an order (i) preliminarily approving the proposed settlement (the "Settlement")

3    of the above-captioned consolidated shareholder derivative action (the "Action"), in accordance with

4    a Stipulation of Settlement dated February 9, 2011 and the exhibits thereto (the "Stipulation"), and

5    (ii) approving for distribution, the Notice of Proposed Settlement (the "Notice");

6         WHEREAS, the Stipulation sets forth the terms and conditions for the Settlement;

7         WHEREAS, the Settlement appears to be the product of serious, informed, non-collusive

8    negotiations and falls within the range of possible approval;

9         WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth

10   in the Stipulation (in addition to those capitalized terms defined herein); and

11        WHEREAS, this Court, having considered the Stipulation and the Exhibits annexed thereto

12   and having heard the arguments of the Settling Parties at the preliminary approval hearing:

13        NOW THEREFORE, IT IS HEREBY ORDERED:

14        1.    This Court does hereby preliminarily approve, subject to further consideration at the

15   Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including

16   the terms and conditions for: (a) a proposed Settlement and dismissal of the Action with prejudice as

17   to the Released Persons; and (b) an award of attorneys' fees and costs to Plaintiffs' Counsel in the

18   Action, upon the terms and conditions set forth in the Stipulation.

19        2.    A hearing (the "Settlement Hearing") shall be held before this Court on

20   ___April 15, 2011___ at ___9:00___ __a__.m. in Courtroom __3__ of the United States District Court for the

21   Northern District of California San Jose Division, Robert F. Peckham Federal Building and United

22   States Courthouse, 280 South First Street, San Jose, CA 95113, to determine whether:

23        (a)    the terms and conditions of the Settlement provided for in the Stipulation are

24   fair, reasonable, adequate and in the best interests of Trident and current Trident stockholders;

25        (b)    an order and judgment as provided for in ¶1.5 of the Stipulation should be

26   entered; and

27        (c)    to award attorneys' fees and expenses to Plaintiffs' Counsel.

28

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE
MASTER FILE NO. C06-3440-JF                                                                    - 1 -

3.      The Court approves, as to form and content, the Notice annexed as Exhibit A-1 hereto, and finds that the distribution of the Notice and publication of the Stipulation substantially in the manner and form set forth in paragraph 3.2 of the Stipulation, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto of all matters relating to the Settlement.

4.      Not later than five (5) business days following entry of this Order, Trident shall cause the Stipulation and Notice substantially in the form annexed as Exhibit A-1 hereto to be published on its website, such that visitors to the website home page will readily find a hyperlink to the Notice.

5.      Not later than five (5) business days following entry of this Order, Trident shall cause the Stipulation to be filed with the Securities and Exchange Commission via a Form 8-K.

6.      Not later than five (5) business days following entry of this Order, Trident shall cause a copy of the Notice substantially in the form annexed as Exhibit A-1 hereto to be published once in *Investor's Business Daily*.

7.      All costs incurred in the filing and publication of the Notices shall be paid by Trident and Trident shall undertake all administrative responsibility for filing and publication of the Notice.

8.      At least fourteen (14) days prior to the Settlement Hearing, Trident's counsel shall serve on Plaintiffs' Counsel and file with the Court proof, by affidavit or declaration, of such filing and publication of the Notice.

9.      All current Trident stockholders shall be bound by all orders, determinations and judgments in the Action concerning the Settlement, whether favorable or unfavorable to current Trident shareholders.

10.      Pending final determination of whether the Settlement should be approved, no current Trident shareholder shall commence or prosecute against any of the Released Persons any action or proceeding in any court or tribunal asserting any of the Released Claims.

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE
MASTER FILE NO. C06-3440-JF                                                                    - 2 -

1    11.    All papers in support of the Settlement and the award of attorneys' fees and expenses

2    shall be filed with the Court and served at least twenty-one (21) calendar days prior to the Settlement

3    Hearing.

4    12.    Any current record holders and beneficial owners of common stock of Trident as of

5    February 9, 2011 may appear and show cause, if he, she or it has any reason why the terms of the

6    Settlement should not be approved as fair, reasonable and adequate, or why a Judgment should not

7    be entered thereon, provided, however, unless otherwise ordered by the Court, no current Trident

8    stockholder shall be heard or entitled to contest the approval of all or any of the terms and conditions

9    of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, unless

10   that Person has, at least fourteen (14) days prior to the Settlement Hearing, filed with the Clerk of the

11   Court and served on the following counsel (delivered by hand or sent by first class mail) appropriate

12   proof of stock ownership, along with written objections, including the basis therefore, and copies of

13   any papers and briefs in support thereof:

14              Clerk of the Court
                UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
                SAN JOSE DIVISION
16              Robert F. Peckham Federal Building
                   and United States Courthouse
17              280 South First Street
                San Jose, CA 95113
18
                *Counsel for Lead Plaintiffs*
19
                Jeffrey D. Light
20              ROBBINS GELLER RUDMAN
                  & DOWD LLP
21              655 West Broadway, Suite 1900
                San Diego, CA  92101-3301
22
                Robin Winchester
23              BARROWAY TOPAZ KESSLER
                  MELTZER & CHECK, LLP
24              280 King of Prussia Road
                Radnor, PA  19087
25
                *Counsel for Trident by Its Special Litigation Committee*
26
                John D. Pernick
27              BINGHAM McCUTCHEN LLP
                Three Embarcadero Center, Suite 1800
                San Francisco, CA  94111-4066
28

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE
MASTER FILE NO. C06-3440-JF                                                           - 3 -

1   Any current Trident stockholder who does not make his, her or its objection in the manner provided

2   herein shall be deemed to have waived such objection and shall forever be foreclosed from making

3   any objection to the fairness, reasonableness or adequacy of the Settlement as incorporated in the

4   Stipulation and to the award of attorney fees and expenses to Plaintiffs' Counsel, unless otherwise

5   ordered by the Court, but shall otherwise be bound by the Judgment to be entered and the releases to

6   be given.

7        13.   Neither the Stipulation nor the Settlement, nor any act performed or document

8   executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed

9   to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a

10  presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of

11  the Settling Parties or of the validity of any Released Claims; or (b) is intended by the Settling

12  Parties to be offered or received as evidence or used by any other person in any other actions or

13  proceedings, whether civil, criminal or administrative.  The Released Persons may file the

14  Stipulation and/or the Judgment in any action that may be brought against them in order to support a

15  defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit,

16  release, standing, good faith settlement, judgment bar or reduction or any other theory of claim

17  preclusion or issue preclusion or similar defense or counterclaim; and any of the Settling Parties may

18  file the Stipulation and documents executed pursuant and in furtherance thereto in any action to

19  enforce the Settlement.

20       14.   The Court reserves the right to adjourn the date of the Settlement Hearing or modify

21  any other dates set forth herein without further notice to the current Trident stockholders, and retains

22  jurisdiction to consider all further applications arising out of or connected with the Settlement.  The

23  Court may approve the Settlement, with such modifications as may be agreed to by the Settling

24  Parties, if appropriate, without further notice to the current Trident stockholders.

25       IT IS SO ORDERED.

26  DATED: ___2/17/2011_____

27       _____
         THE HONORABLE JEREMY FOGEL
         UNITED STATES DISTRICT JUDGE

28

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE
MASTER FILE NO. C06-3440-JF                                                    - 4 -

1  Submitted by,

2  **BARROWAY TOPAZ KESSLER**
   **MELTZER & CHECK, LLP**

3
    /s/    Robin Winchester
4  ERIC L. ZAGAR (250519)
   ROBIN WINCHESTER
5  LIGAYA T. HERNANDEZ
   280 King of Prussia Road
6  Radnor, PA  19087
   Telephone:  (610) 667-7706
7  Fax:  (267) 948-2512
   ezagar@btkmc.com
8  rwinchester@btkmc.com
   lhernandez@btkmc.com

9   **ROBBINS GELLER**
      **RUDMAN & DOWD LLP**
10 SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
11 Post Montgomery Center
   One Montgomery Street, Suite 1800
12 San Francisco, CA  94104
   Telephone:  (415) 288-4545
13 Fax: (415) 288-4534
   shawnw@rgrdlaw.com
14 cwood@rgrdlaw.com

15 – and –

16 TRAVIS E. DOWNS III (148274)
   JEFFREY D. LIGHT (159515)
17 BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
18 San Diego, CA  92101
   Telephone:  (619) 231-1058
19 Fax:  (619) 231-7423
   travisd@rgrdlaw.com
20 jeffl@rgrdlaw.com
   bennyg@rgrdlaw.com

21 *Co-Lead Counsel for Plaintiffs*

22

23

24

25

26

27

28
   [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
   PROVIDING FOR NOTICE
   MASTER FILE NO. C06-3440-JF                                                    - 5 -