1

2

3

**E-filed 4-19-2011**

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN JOSE DIVISION

16

In re TRIDENT MICROSYSTEMS, INC.,
DERIVATIVE LITIGATION

) Master File No. C06-03440-JF

17

) [PROPOSED] ORDER AND FINAL
) JUDGMENT

18

This Document Relates To:

19

ALL ACTIONS.

20

21

22

23

24

25

26

27

28

1   This matter came before the Court for hearing pursuant to the Order of this Court, dated

2   __February 17__, 2011 ("Order"), on the application of the parties for approval of the proposed

3   settlement ("Settlement") set forth in the Stipulation of Settlement dated February 9, 2011 and the

4   Stipulation RE Errata in Stipulation of Settlement dated April 11, 2011, and the Exhibits thereto (the

5   "Stipulation");

6   The Court has reviewed and considered all documents, evidence, objections (if any) and

7   arguments presented in support of or against the Settlement; the Court being fully advised of the

8   premises and good cause appearing therefore, the Court enters this Order and Final Judgment.

9   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

10   1.   This Judgment incorporates by reference the definitions in the Stipulation, and all

11   capitalized terms used herein shall have the same meanings as set forth in the Stipulation.

12   2.   This Court has jurisdiction over the subject matter of the Action, including all matters

13   necessary to effectuate the Settlement, and over all Settling Parties.

14   3.   The Court finds that the Notice provided to Trident stockholders constituted the best

15   notice practicable under the circumstances.  The Notice fully satisfied the requirements of Federal

16   Rule of Civil Procedure 23.1 and the requirements of due process.

17   4.   The Court finds that, during the course of the litigation of the Action, the Settling

18   Parties and their respective counsel at all times complied with the requirements of Federal Rule of

19   Civil Procedure 11 and all other similar laws, including California Code of Civil Procedure §128.7.

20   5.   The Court finds that the terms of the Stipulation and Settlement are fair, reasonable

21   and adequate as to each of the Settling Parties, and hereby finally approves the Stipulation and

22   Settlement in all respects, and orders the Settling Parties to perform its terms to the extent the

23   Settling Parties have not already done so.

24   6.   The Action and all claims contained therein as well as all of the Released Claims, are

25   dismissed with prejudice.  The Settling Parties are to bear their own costs, except as otherwise

26   provided in the Stipulation.

27   7.   Upon the Effective Date, as defined in the Stipulation, Trident and Plaintiffs (acting

28   on their own behalf and derivatively on behalf of Trident) shall be deemed to have, and by operation

1   of the Judgment shall have, fully, finally, and forever released, relinquished and discharged the

2   Released Claims against Defendant Lin and his Related Persons.  Nothing herein shall in any way

3   impair or restrict the rights of any Settling Party to enforce the terms of the Stipulation.

4   Notwithstanding the foregoing, this Release shall not include claims arising out of, based upon, or

5   related to the Lin Counterclaims.

6   8.   Upon the Effective Date, as defined in the Stipulation, Defendant Lin and his Related

7   Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and

8   forever settled and released any and all known or unknown claims for damages, injunctive relief, or

9   any other remedies against Trident which have been or could have been asserted by or on behalf of

10  him based upon, arising from, or related in any way to the claims that he asserted or could have been

11  asserted based on Trident's stock option or other equity incentive programs and related grants,

12  including, but not limited to, the accounting for such programs and grants, any investigation of those

13  programs and grants, any restatement or other corporate action or disclosure relating to those

14  programs and grants and the books and records relating to those programs, and any actions Trident

15  or the SLC took with respect to any stock option grant or other equity compensation awarded to

16  Defendant Lin.   Notwithstanding the foregoing, this Release shall not include claims arising out of,

17  based upon, or related to the Lin Counterclaims.

18  9.   Upon the Effective Date, as defined in the Stipulation, each of the Released Persons,

19  Trident and the SLC shall be deemed to have, and by operation of the judgments shall have fully,

20  finally and forever released and discharged each and all of the Lead Plaintiffs, Plaintiffs and

21  Plaintiffs' Counsel from all claims (including unknown claims) arising out of, relating to, or in

22  connection with the institution, prosecution, assertion, settlement, or resolution of the Action or the

23  Released Claims.  Nothing herein shall in any way impair or restrict the rights of any Settling Party

24  to enforce the terms of the Stipulation.

25  10.   The Court hereby approves the Fee and Expense Award in accordance with the

26  Stipulation.

27

28

1    11.    Without affecting the finality of this Order and Judgment in any way, this Court

2    hereby retains continuing jurisdiction with respect to implementation and enforcement of the terms

3    of the Stipulation.

4    12.    In the event that the Settlement does not become effective in accordance with the

5    terms of the Stipulation, this Order and Final Judgment shall be vacated, and all Orders entered and

6    releases delivered in connection with the Stipulation and this Order and Final Judgment shall be null

7    and void, except as otherwise provided for in the Stipulation.

8    13.    This Judgment is a final, appealable judgment and should be entered forthwith by the

9    Clerk in accordance with Rule 58, Federal Rules of Civil Procedure.

10    IT IS SO ORDERED.

11    DATED:    _____April 15, 2011_____    _____

12                                              THE HONORABLE JEREMY FOGEL
                                               UNITED STATES DISTRICT JUDGE

13    Submitted by,

14    **BARROWAY TOPAZ KESSLER**
        **MELTZER & CHECK, LLP**

15     __/s/____Robin Winchester_____

16    ERIC L. ZAGAR (250519)
      ROBIN WINCHESTER

17    LIGAYA T. HERNANDEZ
      280 King of Prussia Road

18    Radnor, PA  19087
      Telephone:  (610) 667-7706

19    Fax:  (267) 948-2512
      ezagar@btkmc.com

20    rwinchester@btkmc.com
      lhernandez@btkmc.com

21

22    **ROBBINS GELLER**
        **RUDMAN & DOWD LLP**

23    SHAWN A. WILLIAMS (213113)
      CHRISTOPHER M. WOOD (254908)

24    Post Montgomery Center
      One Montgomery Street, Suite 1800

25    San Francisco, CA  94104
      Telephone:  (415) 288-4545

26    Fax: (415) 288-4534
      shawnw@rgrdlaw.com

27    cwood@rgrdlaw.com

28    – and –

---

[PROPOSED] ORDER AND FINAL JUDGMENT
MASTER FILE NO. C06-03440-JF                                              - 3 -

1  TRAVIS E. DOWNS III (148274)
   JEFFREY D. LIGHT (159515)
2  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
3  San Diego, CA 92101
   Telephone: (619) 231-1058
4  Fax: (619) 231-7423
   travisd@rgrdlaw.com
5  jeffl@rgrdlaw.com
   bennyg@rgrdlaw.com
6
   *Co-Lead Counsel for Plaintiffs*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AND FINAL JUDGMENT
MASTER FILE NO. C06-03440-JF                                                    - 4 -